UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

BAXLEY CORPORATION, LLC                                        CASE NO. 22-00397-5-DMW
                                                                CHAPTER 7
DEBTOR.

## MOTION TO EXTEND STAY

NOW COMES, Baxley Leasing, LLC, and Martha Ginger Baxley (collectively "Movants"), by and through counsel, and respectfully moves this Court for an Order extending the automatic stay to protect equity of certain equipment and vehicles for the benefit of the Debtor's estate. In support of this, Movants state to the Court:

1. On February 23, 2022, Baxley Corporation LLC ("Corp") filed a petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date") and James B. Angell is the duly appointed Chapter 7 Trustee.

2. On March 9, 2022, the Trustee file an Adversary Proceeding asserting that the Debtor was an alter ego of the Debtor.

3. On May 25, 2022, the Trustee filed a Motion to Approve Compromise and Settlement with Baxley Leasing, LLC and Baxley Construction Co., Inc., Pursuant to Fed. R. Bankr. P. 9019 [DE-205].

4. The Order Granting Trustee's Motion to Approve Compromise was entered on June 28, 2022 [DE-237].

5. The Settlement, among other things, involved Baxley Leasing providing a promissory note in the amount of $249,461.37 payable to the Debtor's Estate and secured by certain equipment and vehicles owned or to be acquired by Baxley Leasing, LLC. The list of this "Equipment and Vehicles" is attached as **Exhibit A** and incorporated by reference.

6. Upon information and belief, the following creditors hold a security interest in certain of the Equipment and Vehicles:

- GM Financial
- Citizen One Bank
- US Bank
- Leaf Capital
- Huntington Bank
- Kubota Credit Corporation
- Marlin Leasing Corporation
- Tri City Automotive

7. In essence, Baxley Leasing was buying the equity of the Equipment and Vehicles from the Trustee for the benefit of the Debtor's Estate.

8. To protect this interest, it was agreed that Movants with the support of the Trustee would move the Bankruptcy Court to extend the Automatic Stay.

9. The automatic stay provided by 11 U.S.C. § 362(a)(3) is designed to stop "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . ."

10. Here, the Equipment and Vehicles are owned by Baxley Leasing and the equity is property of the Debtor's Estate pursuant to the security agreement provided under the settlement agreement.

11. Creditors are protected because in the event of default by Baxley Leasing, Baxley Leasing is required to turn the property over to the Trustee and the Trustee is authorized to sell the property, paying any liens senior to the Estate from the proceeds.

12. Accordingly, Movants with the support of the Trustee ask this Court for an Order extending the Automatic Stay to the Equipment and Vehicles.

WHEREFORE, Baxley Leasing, LLC, and Martha Ginger Baxley, joined by the Trustee, respectfully move the Court to extend the Automatic Stay to the Equipment and Vehicles listed in Exhibit A.

Respectfully submitted, this the 9th day of August 2022.

EVERETT GASKINS HANCOCK LLP

/s/ William H. Kroll
William H. Kroll
N.C. State Bar No. 39149
PO Box 911
Raleigh, NC 27602
(919) 755-0025
(919) 755-0009 (fax)
bill@eghlaw.com
*Counsel for Baxley Leasing, LLC and Martha Virginia Baxley*

## EXHIBIT A - MOTION TO EXTEND STAY

| YEAR | MAKE/MODEL | CATEGO | VIN/SERIAL | Release Amount/Notes | |
|------|------------|--------|------------|---------------------|---|
| 2013 | International | Truck | 1HTMMAAM6DH105147 | 35% in excess of $13,000 | |
| 2018 | Chevrolet HD2500 | Truck | 1GC2KUEG0JZ289104 | $ 7,259.32 | plus 35% of sales price - $7,259.32 - Senior Obligations |
| 2013 | International 4300 Durastar | Truck | 1HTMMAAN8DH357894 | $ 12,000.00 | plus 35% of sales price - $12,000 - Senior Obligations |
| 2017 | Kaufman FDWT- | Trailer | 5VGFD2220HL005994 | 35% in excess of $4,000 | |
| 2017 | Takeuchi TL10V-2 | Skid Steer | 410000757 | $ 16,531.28 | plus 35% of sales price - $16,531.28 - Senior Obligations |
| 2018 | Kaufman FDWT- | Trailer | 5VGFD2220JL000946 | 35% in excess of $4,000 | |
| 2016 | Takeuchi TL8 | Skid Steer | 200803510 | $ 20,000.00 | plus 35% of sales price - $20,000 - Senior Obligations |
| 2018 | Kaufman FDWT-7K-22D | Trailer | 5VGFD222??L005968 | $ 3,500.00 | plus 35% of sales price - $3,500 - Senior Obligations |
| 2018 | Kubota SVL75-2 | Skid Steer | 37863 | $ 1,495.21 | plus 35% of sales price - $1,495.21 - Senior Obligations |
| 2013 | International 4300 Durastar | Truck | 1HTMMAAN2DH357891 | $ 12,000.00 | plus 35% of sales price - $12,000 - Senior Obligations |
| 2019 | Kaufman FEN-3.5K-6X12D | Trailer | 5VGEN1216KL004883 | $ 2,500.00 | plus 35% of sales price - $2,500 - Senior Obligations |
| 2021 | Chevrolet HD 3500 | Truck | 1GB4YSEY7MF174868 | $ - | |
| 2021 | Chevrolet HD 3500 | Truck | 1GB4YSEY5MF149046 | $ - | |
| 2018 | Chevrolet HD 3500 | Truck | 1GB4KYCY6JF180339 | $ 3,737.95 | plus 35% of sales price - $3,737.95 - Senior Obligations |
| 2017 | GMC Sierra 1500 | Truck | 1GTN1LEC2HZ904530 | $ 8,500.00 | plus 35% of sales price - $8,500 - Senior Obligations |
| 2020 | Chevrolet HD | Truck | 1GB4YSEY5LF252255 | | |
| 2019 | Crafco (By Ergon) Patcher II | Equipment | 1C9TP1225K1418073 | $ 35,000.00 | plus 35% of sales price - $35,000 - Senior Obligations |
| 2017 | GMC Sierra 1500 | Truck | 1GTN1LEC4HZ904531 | $ 9,500.00 | plus 35% of sales price - $9,500 - Senior Obligations |

| Year | Make/Model | Type | VIN/Serial | Amount | Terms |
|---|---|---|---|---|---|
| 2019 | Kaufman FEN-3.5K-6X12D | Trailer | 5VGEN1218KL004884 | $ 2,500.00 | plus 35% of sales price - $2,500 - Senior Obligations |
| 2013 | International 4300 Durastar | Truck | 1HTMMAAM6DH102443 | $ 12,000.00 | plus 35% of sales price - $12,000 - Senior Obligations |
| 2019 | Chevrolet HD2500 | Truck | 1GC1KREY5KF103352 | $ 10,260.75 | plus 35% of sales price - $10,260.75 - Senior Obligations |
| 2016 | Ram 2500 | Truck | 3C6UR5HL4GG211296 | $ 9,295.93 | plus 35% of sales price - $9,295.93 - Senior Obligations |
| 2018 | Chevrolet HD2500 | Truck | 1GC1KUEY4JF221054 | $ 3,769.53 | plus 35% of sales price - $3,769.53 - Senior Obligations |
| NA | Thompson pump | Equipment | PU06785 | $ 4,000.00 | plus 35% of sales price - $4,000 - Senior Obligations |
| 2013 | Doosan DX300LC- | Equipment | | | |
| | Deere 550K LGP dozer | Equipment | | $ 50,000.00 | plus 35% of sales price - $50,000 - Senior Obligations |
| | (3) steel sheet panels | Equipment | | $ 300.00 | plus 35% of sales price -$300 - Senior Obligations |
| 2016 | Ram 2500 | Truck | | $ 5,311.40 | plus 35% of sales price - $5,311.40 - Senior Obligations |
| 2001 | Food Truck | Truck | food truck prep kitchen | $ 20,000.00 | plus 35% of sales price - $20,000 - Senior Obligations |
| 2010 | BMW | Car | | 35% in excess of $2,500 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

BAXLEY CORPORATION, LLC                      CASE NO. 22-00397-5-DMW
                                                                        CHAPTER 7

DEBTOR.

**NOTICE OF MOTION TO EXTEND STAY**

**NOTICE IS HEREBY GIVEN** that Baxley Leasing, LLC, and Martha Baxley, with the support of the Chapter 7 Trustee, filed a **Motion to Extend Stay** on August 9, 2022, to protect the equity in certain Equipment and Vehicles that is property of the Debtor's Estate pursuant to the security agreement provided under a settlement agreement.

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before **14 days** from the date of this Notice.

This 9th day of August 2022.

                                         s/William H. Kroll
                                         WILLIAM H. KROLL
                                         N.C. State Bar No. 39149
                                         EVERETT GASKINS HANCOCK LLP
                                         220 Fayetteville Street, Suite 300
                                         P.O. Box 911 Raleigh, NC 27602
                                         Email: bill@eghlaw.com
                                         Phone: (919) 755-0025
                                         Fax: (919) 755-0009

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **Motion to Extend Stay and Notice** was electronically filed through CM/ECF or served via the U.S. postal service, postage prepaid, to the parties attached as **Exhibit 1** and listed below, as noted:

**Via CM/ECF:**

Bankruptcy Administrator

James B. Angell
Howard Stallings, From, Atkins, Angell & Davis, P.A.
*Chapter 7 Trustee*

**Via U.S. postal service, postage prepaid:**

GM Financial
Attn: Manager, Agent, Officer
4141 Parklake Ave #100
Raleigh, NC 27612

Citizen One Bank
Attn: Manager, Agent, Officer
One Citizens Bank Way, JCA110
Johnston, RI 02919

US Bank
Attn: Manager, Agent, Officer
800 Nicollet Mall
Minneapolis, MN 55402

Leaf Capital
Attn: Manager, Agent, Officer
PO Box 5066
Hartford, CT 06102-5066

Huntington Bank
Attn: Manager, Agent, Officer
1111 West San Marnan Drive, Suite A2 West
Waterloo, IA 50701-8926

Kubota Credit Corporation
Attn: Manager, Agent, Officer
1000 Kubota Dr.
Grapevine, TX 76051

Marlin Leasing Corporation
Attn: Manager, Agent, Officer
300 Fellowship Road
Mount Laurel, NJ 08054

Tri City Automotive
Attn: Manager, Agent, Officer
990 S. Bennett St.
Southern Pines, NC 28387

This the 9th day of August 2022.

/s/ William H. Kroll
William H. Kroll

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 22-00397-5-DMW<br>Eastern District of North Carolina<br>Raleigh<br>Mon Aug  8 14:49:27 EDT 2022 | ADP, Inc.<br>4101 Doie Cope Road<br>Raleigh, NC 27613-7387 | AT&T<br>11760 US Highway 1<br>Suite 600<br>North Palm Beach, FL 33408-3029 |
| AT&T, Inc.<br>1025 Lenox Park Blvd<br>Atlanta, GA 30319-5309 | AT&T, Inc.<br>208 S. Akard Street<br>Suite 2954<br>Dallas, TX 75202-4206 | Apple, Inc.<br>20705 Valley Green Drive<br>Cupertino, CA 95014-1703 |
| Baxley Construction Company, Inc.<br>Attn: Constance A. Baxley, Registered Ag<br>1190 E.  Connecticut Ave<br>Southern Pines, NC 28387-6747 | Baxley Corporation, LLC     CM/ECF<br>Attn: Holmes P. Harden, Trustee<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601-2173 | Baxley Leasing, LLC<br>Attn: Officer, Agent, or Managing Agent<br>1211 Wake Forest Road<br>Raleigh, NC 27604-1350 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | East Bay Company, Ltd.<br>c/o Blake Boyette<br>4700 Six Forks Road<br>Suite 150<br>Raleigh, NC 27609-5288 | Ellington Digital Forensics<br>PO Box 1202<br>Wake Forest, NC 27588-1202 |
| First National Bank of PA<br>3015 Glimcher Blvd<br>Hermitage, PA 16148-3343 | First National Bank of Pennsylvania<br>Attn: Officer/Legal Dept.<br>3015 Glimcher Blvd<br>Hermitage, PA 16148-3343 | Hendren, Redwine & Malone, PLLC<br>4600 Marriott Dr, Suite 150<br>Raleigh, NC 27612-3367 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kubota Credit Corporation (HNFT)<br>PO Box 2313<br>Carol Stream, IL 60132-2313 | Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Avenue<br>Suite 500<br>Raleigh, NC 27612-3970 |
| North Carolina Department of Transportation<br>Attn: Dana Friedrichs, Natalie Carter, o<br>Transportation Building<br>1 South Wilmington Street<br>1501 Mail Service Center<br>Raleigh, Nc 27699-1500 | North Carolina National Guard<br>Construction and Facility Management<br>1636 Gold Star Drive<br>Raleigh, NC 27607-3371 | Pinnacle Bank<br>c/o Alan B. Powell<br>Roberson Haworth & Reese, PLLC<br>P.O. Box 1550<br>High Point, NC 27261-1550 |
| Stripe, Inc.<br>354 Oyster Point Boulevard<br>South San Francisco, CA 94080-1912 | TD Ameritrade, Inc.<br>200 S 108th Ave.<br>Omaha, NE 68154-2631 | The Antonelli Law Firm<br>Attn: Managing Agent<br>8801 Fast Park Drive, Suite 301<br>Raleigh, NC 27617-4853 |
| Trouve Lighting, LLC<br>Attn: Managing Agent<br>1211 Wake Forest Road<br>Raleigh, NC 27604-1350 | Verizon<br>180 Washington Valley Road<br>Bedminster, NJ 07921-2123 | U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 |
| ADP Inc.<br>1851 N. Resier<br>El Paso, TX 79912-8023 | (p)AF GROUP<br>ATTN GEOFFREY PAVLIC<br>200 N GRAND AVE<br>LANSING MI 48933-1228 | Airgas USA<br>2015 Vaughn Road, Bldg 400<br>Kennesaw, GA 30144-7802 |

| | | |
|---|---|---|
| Baxley Leasing, LLC<br>Attn: Managing Agent<br>1211 Wake Forest Road<br>Raleigh, NC 27604-1350 | CCS Equipment Sales, LLC<br>Attn: Manager or Agent<br>5428 Hwy 96<br>Youngsville, NC 27596 | CJ Geo Contractors<br>Attn: Bankruptcy Department<br>3402 Acorn Street, #202<br>Williamsburg, VA 23188-1014 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carolina Sunrock LLC<br>Attn: Bankruptcy Department<br>200 Horizon Drive, Suite 100<br>Raleigh, NC 27615-4947 | Carolina Sunrock LLC<br>c/o Ethan Fleischer<br>Bugg & Wolf, PA<br>411 Andrews Road, Suite 170<br>Durham, NC 27705-2993 |
| Daniel C. Bruton<br>Bell Davis & Pitt, PA<br>PO Box 21029<br>Winston Salem, NC 27120-1029 | Dean's Transmission Service Inc.<br>Attn: Bankruptcy Department<br>2181 Skibo Road<br>Fayetteville, NC 28314-0264 | Druml Group, Inc dba Direct Surety<br>1135 Farragut Blvd<br>Foster City, CA 94404-3657 |
| Ethan Fleischer<br>Bugg & Wolf, PA<br>411 Andrews Road, Suite 170<br>Durham, NC 27705-2993 | George Mason Oliver<br>PO Box 1548<br>New Bern, NC 28563-1548 | George Mason Oliver<br>The Law Offices of<br>Oliver & Cheek, PLLC<br>PO Box 1548<br>New Bern, NC 28563-1548 |
| H & E EQUIPMENT SERVICES, INC<br>7500 PECUE LANE<br>ATTN: MARY CARDINI<br>BATON ROUGE, LA 70809-5107 | Hendren, Redwine & Malone, PLLC<br>Attn: J. Michael Malone<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612-3367 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 |
| Hitachi Capital America Corp.<br>Attn: Officer, Agt, Managing Agt<br>800 Connecticut Ave.<br>Norwalk, CT 06854-1738 | Holmes P. Harden, Chapter 7 Trustee - B. Bax<br>George Mason Oliver, Esq.    CM/ECF<br>PO Box 1548<br>New Bern, NC 28563-1548 | Holmes P. Harden, Trustee   CM/ECF<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601-2173 |
| Huntington National Bank<br>1405 Xenium Lance North (PCC180)<br>Plymouth, MN 55441-4408 | Internal Revenue Service<br>Attn:  Manager or Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J&B Septic Service<br>Attn: Bankruptcy Dept.<br>2622 Chloe Lane<br>Creedmoor, NC 27522-7136 |
| Leaf Capital Funding LLC<br>c/o Legal Department<br>2005 Market St. 14th Floor<br>Philadelphia, PA 19103-7009 | Less Back Office, LLC<br>Attn: Managing Agent<br>160 Wind Chime Court, Suite B<br>Raleigh, NC 27615-6584 | Marlin Capital Solutions<br>Attn: Bankruptcy Department<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 |
| Marlin Capital Solutions<br>Attn: Bankruptcy Department<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | Martha Baxley<br>1211 Wake Forest Road<br>Raleigh, NC 27604-1350 |
| Martha Virginia 'Ginger' Baxley<br>1211 Wake Forest Road<br>Raleigh, NC 27604-1350 | Martin Marietta Materials, Inc.<br>Attn: Bankruptcy Dept<br>4123 Parklake Avenue<br>Raleigh, NC 27612-2309 | Martin Marietta Materials, Inc.<br>c/o Benjamin Rachelson, Esq.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326-1139 |

NC Dept of Commerce
Attn: Sharon A. Johnston
PO Box 25903
Raleigh, NC 27611-5903

NC Dept of Revenue
Attn: A. Fountain
PO Box 1168
Raleigh, NC 27602-1168

NV5 Engineers and Consultants, Inc.
Attn: Bankruptcy Department
3300 Regency Parkway, Suite 100
Cary, NC 27518-8565

(p)NAVIGATOR LLC
PO BOX 1770
RALEIGH NC 27602-1770

North Carolina Dept of Revenue
Attn:  Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Pinnacle Bank
150 3rd Avenue South Ste 900
Nashville 37201-2034

Puryear Transport, Inc.
c/o Anderson Jones, PLLC
P. O. Box 20248
Raleigh, NC 27619-0248

Qualified Retirement Plan Services
Attn: Managing Agent
2724 Discovery Drive, Suite 100
Raleigh, NC 27616-1940

R.W. Conklin Steel Supply, Inc.
Attn: Bankruptcy Department
10852 Kenwood Road
Cincinnati, OH 45242-2812

Republic Services, Inc.
Attn: Bankruptcy Department
18500 North Allied Way
Phoenix, AZ 85054-3101

Scott Levin, Esq.
McElroy, Deutsch, Mulvaney & Carpenter,
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

Selective Insurance Company of America
c/o Scott Levin, Esq.
McElroy, Deutsch, Mulvaney & Carpenter,
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815

Steel and Pipe Corporation
Attn: Bankruptcy Department
3709 Hawkins Avenue
Sanford, NC 27330-9519

Summit Coastal, PLLC
Attn: Bankruptcy Department
224 Windel Drive
Raleigh, NC 27609

Sunbelt Rentals
Attn: Bankruptcy Department
5701 Chapel Hill Road
Raleigh, NC 27607-5103

Todd Jones, Anderson Jones, PLLC
P. O. Box 20248
-
Raleigh, NC 27619-0248

Triad Equipment Inc.
Attn: Bankruptcy Department
13948 Capital Blvd
Wake Forest, NC 27587-6613

Troutman Sanders, LLP
Attn: Bankruptcy Department
305 Church at North Hills Ste 1200
Raleigh, NC 27609-2669

US Securities & Exchange
Attn: Manager or Agent
950 E. Paces Ferry Rd., NE Ste 900
Atlanta, GA 30326-1382

United Capital Funding Corp.
Attn: Bankruptcy Department
6000 Fairview Road, Suite 1200
Charlotte, NC 28210-2252

United Rentals, Inc.
Attn: Bankruptcy Department
100 First Stamford Place, Suite 700
Stamford, CT 06902-9200

United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-2959

Vulcan Materials Company
Attn:  Teri Herron
4401 North Patterson Avenue
Winston-Salem, NC 27105-1638

Washington County Sanitation
Attn: County Manager/Attorney
PO Box 1007
Plymouth, NC 27962-1007

Watson Bowman Acme Corp.
Attn: Bankruptcy Department
95 Pineview Drive
Amherst, NY 14228-2166

William H. Kroll
1211 Wake Forest Road
Raleigh, NC 27604-1350

Brandon Scott Baxley
1211 Wake Forest Road
Raleigh, NC 27604-1350

Constance A. Baxley
1190 E. Connecticut Ave
Southern Pines, NC 28387-6747

George M. Oliver
The Law Offices of Oliver & Cheek, PLLC
PO Box 1548
New Bern, NC 28563-1548

CM/ECF

| | | |
|---|---|---|
| Holmes P. Harden<br>301 Fayetteville Street<br>Suite 1700<br>Raleigh, NC 27601-2173  CM/ECF | James B Angell<br>Howard Stallings et al, P.A.  CM/ECF<br>PO Box 12347<br>Raleigh, NC 27605-2347 | Jeff Jackson<br>247 East David Parnell St.<br>Parkton, NC 28371 |
| Jeff Jackson<br>PO box 272<br>Parkton, NC 28371-0272 | Jonathan Keith<br>6279 Wrightsville Ave.<br>Wilmington, NC 28403-3803 | Martha Baxley<br>c/o James Harsh and Bill Kroll<br>PO Box 911<br>Raleigh, NC 27602-0911 |
| Ronald J. Antonelli<br>8801 Fast Park Drive, Suite 301<br>Raleigh, NC 27617-4853 | Ronald J. Antonelli<br>Ronald J. Antonelli, PC<br>101 Cosgrove Avenue, Sute 240<br>Chapel Hill, NC 27514-5276 | Rudolph Baxley<br>1190 E. Connecticut Ave<br>Southern Pines, NC 28387-6747 |
| Rudolph Baxley<br>PO Box 2067<br>Southern Pines, NC 28388 | Rudolph Baxley<br>PO Box 28655<br>Raleigh, NC 27611-8655 | Ryan Ball<br>1213 Coldstream Court<br>Raleigh, NC 27615-4511 |
| Ryan Ball<br>4805 Green Road, Suite 100<br>Raleigh, NC 27616-2848 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One N.A.<br>15000 Capital One Drive<br>Richmond, VA 23238 | JPMorgan Chase Bank, N.A.<br>7610 W. Washington Street<br>Floor 1<br>Indianapolis, IN 46231 | Accident Fund Insurance Company of America<br>200 N. Grand Ave<br>Lansing, MI 48901 |
| Herc Rentals Inc.<br>Attn: Bankruptcy Department<br>1409 Capital Blvd<br>Raleigh, NC 27603 | Navigator LLC<br>PO Box 1770<br>Raleigh, NC 27602-8027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allison Properties, Inc. | (u)Bankruptcy Administrator | (u)Country Boys Auction and Realty<br>Mike Gurkins |