UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

### NOTICE OF FIRST APPLICATION FOR INTERIM COMPENSATION OF ACCOUNTANT

James B. Angell, Chapter 7 Trustee in the above referenced case ("Trustee") has filed papers with the Court to apply for interim compensation for Nordlander CPA, PLLC ("Accountant") in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the application, or if you want the court to consider your views on the application, then on or before **September 26, 2022**, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

Clerk, U.S. Bankruptcy Court
Eastern District of North Carolina
PO Box 791
Raleigh, North Carolina 27602

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | James B. Angell<br>Chapter 7 Trustee<br>P.O. Box 12347<br>Raleigh, NC 27605 |
|---|---|
| Bill Kroll<br>Everett Gaskins Hancock, LLP<br>220 Fayetteville Street #300<br>Raleigh, NC 27601 | George M. Oliver<br>Po Box 1548<br>New Bern, NC 28563 |

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

DATED: September 2, 2022

               <u>s/James B. Angell</u>
               James B. Angell, Chapter 7 Trustee
               Howard, Stallings, From, Atkins,
               Angell & Davis, P.A.
               State Bar No. 12844
               P.O. Box 12347
               Raleigh, NC 27605
               Telephone: (919) 821-7700
               Facsimile: (919) 821-7703
               jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

### FIRST APPLICATION FOR INTERIM COMPENSATION OF ACCOUNTANT

Now comes James B. Angell, Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, and hereby moves the Court for approval of the Application for Payment of Accountant, Nordlander CPA, PLLC ("Accountant") as Accountant in this case seeking payment of fees and expenses. In support thereof, he respectfully represents to the Court:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 28 U.S.C. §§151, 157 and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States Bankruptcy Court for the Eastern District of North Carolina.

2. In the course of the affairs of the bankruptcy estate, it became necessary for the Trustee to obtain the services of an Accountant. On March 2, 2022, the Trustee filed an Application to Employ Nordlander CPA, PLLC as Accountant in this case. An order was entered allowing employment on March 9, 2022.

3. The Accountant was employed to perform the following professional services:

    a. To conduct a forensic review of Baxley Corporation, LLC and Baxley Leasing, LLC; and

    b. To serve as an expert witness on request by the Trustee.

    c. To perform any other forensic accounting services for the Trustee as may be necessary in this Chapter 7 proceeding.

4. This is the first application for payment of the Accountant in this case.

5. The Trustee seeks to make payments to Accountant for the period of February 25, 2022, through April 1, 2022. The total payment of fees sought is $13,350.00. In addition, approval of expenses is sought in the amount of $359.74. A copy of the billing worksheet is attached as Exhibit A.

6. The credentials for Robert Nordlander are attached hereto as Exhibit B.

7. The services rendered by Accountant were necessary and of substantial value to the bankruptcy estate. The amount sought is fair and reasonable for the services rendered.

WHEREFORE, it is hereby respectfully requested that Nordlander CPA, PLLC., Accountant for the James B. Angell, Chapter 7 Trustee in the above referenced case be allowed reimbursement of fees in the amount of $13,350.00 and expenses in the amount of $359.74 for a total of $13,709.74, and for such other relief as is just and proper.

DATED: September 2, 2022

s/James B. Angell
James B. Angell, Chapter 7 Trustee
Howard, Stallings, From, Atkins,
Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
jangell@hsfh.com

EXHIBIT A

# Invoice# BaxleyCorp01



Issue date: 06/28/2022

Due date: 07/07/2022

| Bill from | Bill to |
|---|---|
| Nordlander CPA, PLLC | EDNC Bankruptcy Court |
| 4004 Ballard Farm Road | PO Box 791 |
| Colfax, NC 27235 | Raleigh, NC 27602 |
| (336) 421-2392 | |

Baxley Corporation Chapter 7

| ITEM TYPE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Service | - Phone call with Angell re payroll, bank accts, credit cards; emailed screennames and passwords to Angell; - 02/25/2022 | 0.80 | 250.00 USD | 200.00 USD |
| Service | - Phone call from Behr, Angell, and Holmes re payroll; access QB and ADP; change B Baxley pay; Get EIN for Baxley Corp; respond to emails from Behr - 02/25/2022 | 1.00 | 250.00 USD | 250.00 USD |
| Service | - Email from Angell about complaint; drafted and emailed response; discussion on phone with Angell - 02/28/2022 | 0.80 | 250.00 USD | 200.00 USD |
| Service | - Read email from Angell about payroll records; access QB and ADP records; download records to server; email results to Angell - 03/01/2022 | 0.80 | 250.00 USD | 200.00 USD |
| Service | - Travel from office to BK court in Greensboro for conf w/ Angell - Travel time - 03/08/2022 | 0.30 | 125.00 USD | 37.50 USD |
| Service | - Review, edit, and get notarized the affidavit; call with Angell about corrections - 03/08/2022 | 1.00 | 250.00 USD | 250.00 USD |
| Service | - Gather evidence to support affidavit for Angell; scan and send docs to Angell - 03/08/2022 | 2.50 | 250.00 USD | 625.00 USD |
| Service | - Travel from BK Court in Greensboro to office - Travel time - 03/08/2022 | 0.30 | 125.00 USD | 37.50 USD |
| Service | - Conference w/ Angell in Greensboro re affidavit - 03/08/2022 | 1.00 | 250.00 USD | 250.00 USD |
| Service | - Meet with Angell, et al in Raleigh; review exhibits for exparte; exparte in BK court - 03/09/2022 | 2.00 | 250.00 USD | 500.00 USD |

| | | | | |
|---|---|---|---|---|
| Service | - Travel from BK Court in Raleigh to office - Travel time - 03/09/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - Travel from office to BK Court in Raleigh - Travel time - 03/09/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - email from Angell re payroll; access ADP payroll for results; email results to Angell; PACER access for adversary proceedings docs and 2004 hearings - 03/11/2022 | 0.50 | 250.00 USD | 125.00 USD |
| Service | - Review adversary proceedings documents including various 2004 hearings of BB, MB and JK; make notes on findings for upcoming hearing - 03/11/2022 | 2.00 | 250.00 USD | 500.00 USD |
| Service | - Access to QB online Baxley Leasing; download and preserve data for Angell; review last few months for Baxley Leasing; mail results to Angell - 03/11/2022 | 0.50 | 250.00 USD | 125.00 USD |
| Service | - continue deposit analysis of NC DOT to books and records on Baxley Corp for 2021 and 2022; review asset listing by Angell; compare asset listing to tax returns and books and records; create another potential list of assets from known documents; create questions for 2004 hearing for Angell; email responses to Angell - 03/15/2022 | 3.70 | 250.00 USD | 925.00 USD |
| Service | - Call with Angell re deposit analysis; deposit analysis of NC DOT to bank stmts for 2021 and 2022; - 03/15/2022 | 1.50 | 250.00 USD | 375.00 USD |
| Service | - Phone call from Angell/Behr re 2004 hearing; access Brandon Baxley Corp emails; download screenshots; export contact list; discover email access for March; Days prior Mac book accessed email system; email results to Trustee; email to Less Back Office re password for accounting; - 03/16/2022 | 1.00 | 250.00 USD | 250.00 USD |
| Service | - Phone call from Angell/BA re 2004 hearing; discuss preservation letter to Microsoft and BB admission of removing emails - 03/16/2022 | 0.30 | 250.00 USD | 75.00 USD |
| Service | - email from Angell re getting Brandon Baxley business email; attempt access for Brandon Baxley's business email; give results of deleted emails to Trustee/BA - 03/16/2022 | 0.30 | 250.00 USD | 75.00 USD |
| Service | - Email from Trustee asking me to access BC emails; attempt to access Go Daddy but bad password; access Ball emails and archived to Dropbox; verified archive - 03/17/2022 | 0.70 | 250.00 USD | 175.00 USD |

| | | | | |
|---|---|---|---|---|
| Service | - received email about bill.com; attempt to gain access and emailed back results; phone call with Angell re Baxley Corp emails; reviewed some recent emails from employees; got access to GoDaddy website, reviewed activity, updated point of contact information; researched new websites created recently by Baxley; emailed findings back to Angell and others - 03/18/2022 | 1.70 | 250.00 USD | 425.00 USD |
| Service | - Read and responded to Angell's email about tax representation - 03/18/2022 | 0.30 | 250.00 USD | 75.00 USD |
| Service | - Phone call with Angell re upcoming hearing; - 03/21/2022 | 0.30 | 250.00 USD | 75.00 USD |
| Service | - Received list of items for hearing; review and compile data in Bax Corp GL for lease pmts descriptions; review several recent months of emails from Ball and Keith for leads for hearing; discovered additional material for pending hearing; email from Behr re IRS tax audit and whistleblower for Baxleys; reviewed the IRS audit file; sent response to BA. - 03/21/2022 | 5.30 | 250.00 USD | 1,325.00 USD |
| Service | - Access to Construction Journal website; review Baxley Construction bids; download and email documents to Angell, et al - 03/21/2022 | 0.50 | 250.00 USD | 125.00 USD |
| Service | - Review list of items for hearing; create spreadsheets from BC General Ledgers re lease payments and xfers of funds; email spreadsheets to Angell; email to Angell re my conversation with Kevin Shoaf re his warning given to Baxley - 03/22/2022 | 4.00 | 250.00 USD | 1,000.00 USD |
| Service | - Travel from office to BK Court in Raleigh - Travel time - 03/23/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - Meeting w/ Angell et al prior to court hearing; court hearing on contempt, etc. - 03/23/2022 | 2.30 | 250.00 USD | 575.00 USD |
| Service | - Travel from BK Court in Raleigh to office - Travel time - 03/23/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - Recvd various emails from Trustee; review financial documents for checks to Rudolph Baxley, equip purchase; send email responses back to Trustee - 03/28/2022 | 1.00 | 250.00 USD | 250.00 USD |
| Service | - phone call with Angell re upcoming hearing for the next day; contact with Kevin at LBO about A/R invoicing; attempt to call Angell back with results - 03/29/2022 | 0.50 | 250.00 USD | 125.00 USD |

| | | | | |
|---|---|---|---|---|
| Service | - Review emails from Angell's office; access QB online to review A/R invoices; compile, download, and save A/R invoices from 2017 to 2021; email results to Angell; review leasing agreement between Leasing and Construction; access QB online for Baxley Leasing invoices - none found; review outline for tomorrow's hearing; email my comments to Angell, et al - 03/29/2022 | 3.20 | 250.00 USD | 800.00 USD |
| Service | - phone call from Angell advising about need for hearing the next day; appt made for 4pm call for further info - 03/29/2022 | 0.20 | 250.00 USD | 50.00 USD |
| Service | - Meeting with Angell et al prior to court hearing; meeting with Martha and Brandon Baxley attorneys; attend court hearing; work through brief lunch break with attorneys; resume hearing; testify at contempt hearing - 03/30/2022 | 5.50 | 250.00 USD | 1,375.00 USD |
| Service | - Travel from office to BK Court in Raleigh - Travel time - 03/30/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - Travel from BK Court in Raleigh to office - Travel time - 03/30/2022 | 1.50 | 125.00 USD | 187.50 USD |
| Service | - phone call with Trustee; Email request from Trustee re invoices; access QB online; downloaded invoices for 2022 for Baxley Corp emailed results to Trustee; additional phone call about AR invoices; download AR detail and unpaid invoices - 03/31/2022 | 1.20 | 250.00 USD | 300.00 USD |
| Service | - phone call from Trustee re access to missing emails - 04/01/2022 | 0.20 | 250.00 USD | 50.00 USD |
| Service | - Access GoDaddy admin account; contact with GoDaddy customer service; reset password of accounting email; access of accounting email through Microsoft; download accounting email address results to Dropbox for review; emails with Trustee and BA office about next step to get missing emails. - 04/01/2022 | 2.00 | 250.00 USD | 500.00 USD |
| Product | Mileage - Travel to/from BA office in Greensboro for meeting with Angell re affidavit - 03/08/2022 | 28.00 | 0.56 USD | 15.68 USD |
| Product | Mileage - Travel to/from Raleigh BK Courthouse - 192 miles at .56 per mile - 03/09/2022 | 192.00 | 0.56 USD | 107.52 USD |
| Product | Mileage - Travel to/from Raleigh BK Courthouse - 192 miles at .56 per mile - 03/23/2022 | 192.00 | 0.56 USD | 107.52 USD |
| Product | Mileage - Travel to/from Raleigh BK Courthouse - 192 miles at .56 per mile - 03/30/2022 | 192.00 | 0.56 USD | 107.52 USD |

Invoice# BaxleyCorp01                4

| | | | | |
|---|---|---|---|---|
| Product | Other - Parking Fees in Raleigh - 03/30/2022 | 1.00 | 21.50 USD | 21.50 USD |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **13,709.74 USD** |

EXHIBIT B

Biographical Information

Robert Nordlander is and has, since March 2021, been the principal member of Nordlander, CPA, which offers services in Forensic accounting and tax resolution. Prior to that, he conducted and supervised federal criminal investigations for the Internal Revenue Service and other federal agencies in matters including tax evasion, money laundering, drug trafficking, conspiracy, identity theft, asset forfeiture, bankruptcy fraud, terrorism, and structuring. (2000 to 2021). During this time, he served as an instructor and course developer for the IRS National Criminal Investigation Training Academy (NCITA) for various criminal financial investigations and as a Certified Field Instructor and Assessor for NCITA. He was assigned to be Cyber Crime Coordinator for North Carolina, South Carolina and Tennessee. Robert taught Principles of Accounting, Intermediate Accounting, Cost Accounting, Accounting Information Systems, and CPA Test Preparation at Bob Jones University. (1998 to 2000). He has a Master of Business Administration from the University of North Carolina at Greensboro (1998) and a Bachelor of Science degree in Accounting from Bob Jones University (1991). He has been a licensed Certified Public Accountant in the state of North Carolina since 1996 and has been certified as a Certified Fraud Examiner (2021) and Certified Criminal Investigator (2000).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

CERTIFICATE OF SERVICE

I, Qiara McCain, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on September 2, 2022, the foregoing Application for Interim Compensation of Accountant and Notice of Application was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: September 2, 2022

s/Qiara McCain
Qiara McCain, Paralegal
P.O. Box 12347
Raleigh, NC 27605

| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to Lesley_Dean@nceba.uscourts.gov and Karen_Cook@nceba.uscourts.gov* | George M. Oliver<br>Attorney for Debtor<br>*Served via cm/ecf* |
|---|---|
| Bill Kroll<br>Everett Gaskins Hancock, LLP<br>Attorney for Baxley Leasing, LLC, Martha Baxley<br>*Served via cm/ecf* | Nordlander CPA, PLLC<br>Attn: Managing Agent<br>4004 Ballard Farm Road<br>Colfax, NC 27235 |