UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

BAXLEY CORPORATION, LLC

CASE NO. 22-00397-5-DMW

Chapter 7

Debtor

NOTICE OF RELIEF FROM AUTOMATIC STAY PURSUANT TO CONSENT ORDER

Kubota Credit Corporation hereby gives notice that relief from the automatic stay and relief from co-debtor stay, if applicable, have been granted pursuant to the terms of the Consent Order filed on July 22, 2022 due to the Debtor's default in payments. According to the Order, the Debtor should have made the following payments:

| | |
|---|---|
| March 11, 2022 - June 11, 2022: | $4,361.72 |
| July 11, 2022 | $1,084.18 |
| August 11, 2022 | $1,084.18 |
| September 11, 2022 | $1,084.18 |
| | |
| Total: | $7,614.26 |

Since the entry of the Order, the Debtor has paid as follows:     $4,361.72
The Debtor has failed to pay the monthly installments for July, August and September 11, 2022 to Kubota Credit Corporation.

As such, pursuant to the terms of the Order, Kubota Credit Corporation has been granted relief from the automatic stay, and co-debtor stay, if applicable without further order or notice from this Court.

Dated: September 15, 2022

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Fletcher, Tydings, Williams-Tracy & Gott, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC  28202
Telephone:  (704) 334-3400
jfletcher@fletchertydings.com
jgilleland@fletchertydings.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>BAXLEY CORPORATION, LLC<br><br>Debtor | CASE NO.  22-00397-5-DMW<br><br>Chapter 7 |

CERTIFICATE OF SERVICE

The undersigned certifies that this day the pleading or paper to which this Certificate is affixed was served upon the person(s) listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Baxley Corporation, LLC
Attn: Holmes P. Harden, Trustee
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601

Baxley Leasing, LLC
1211 Wake Forest Road
Raleigh, NC 27604

Martha Baxley
1211 Wake Forest Road
Raleigh, NC 27604

The following persons were served electronically:

George M. Oliver, Attorney for Debtor

James B. Angell, Chapter 7 Trustee

Dated:  September 15, 2022

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Fletcher, Tydings, Williams-Tracy & Gott, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC  28202
Telephone:  (704) 334-3400
jfletcher@fletchertydings.com
jgilleland@fletchertydings.com