**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

BAXLEY CORPORATION, LLC           CASE NO. 22-00397-5-DMW
                                                                 CHAPTER 7

DEBTOR.

## MOTION FOR TURNOVER

NOW COMES, Baxley Leasing, LLC, and Martha Ginger Baxley (collectively "Movants"), by and through counsel, and respectfully move this Court for an Order directing (i) CITIZENS ONE BANK or its agents including, but not limited to, LENDERS & FLEET SERVICES, INC., to turnover a 2016 Dodge Ram Truck ("Truck") to Movants, pursuant to 11 U.S.C. § 542(a), the Order Granting Trustee's Motion to Approve Compromise and Settlement with Baxley Leasing, LLC and Baxley Constructions Co., Inc., Pursuant to Fed. R. Bank. P. 9019 [DE-237], and Order Allowing Motion to Extend Stay [DE-292]. In support of this, Movants state to the Court:

1. On February 23, 2022, Baxley Corporation LLC ("Corp") filed a petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date") and James B. Angell is the duly appointed Chapter 7 Trustee.

2. On March 9, 2022, the Trustee file an Adversary Proceeding asserting that the Debtor was an alter ego of the Debtor.

3. On May 25, 2022, the Trustee filed a Motion to Approve Compromise and Settlement with Baxley Leasing, LLC and Baxley Construction Co., Inc., Pursuant to Fed. R. Bankr. P. 9019 [DE-205].

4. The Order Granting Trustee's Motion to Approve Compromise was entered on June 28, 2022 [DE-237].

5. The Settlement, among other things, involved Baxley Leasing providing a promissory note in the amount of $249,461.37 payable to the Debtor's Estate and secured by certain equipment and vehicles, including the 2016 Dodge Ram Truck and 2010 BMW X5 (collectively "Vehicles"), owned or to be acquired by Baxley Leasing, LLC. In essence, Baxley Leasing was buying the equity of the Equipment and Vehicles from the Trustee for the benefit of the Debtor's Estate.

6. To protect this interest, it was agreed that Movants with the support of the Trustee would move the Bankruptcy Court to extend the Automatic Stay.

7. The automatic stay provided by 11 U.S.C. § 362(a)(3) is designed to stop "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . ."

8. Here, the Equipment and Vehicles, including the Truck, are owned by Baxley Leasing and the equity is property of the Debtor's Estate pursuant to the security agreement provided under the settlement agreement.

9. On or about June 10, 2022, Movants paid Citizens One and requested the Truck be handed over.

10. Citizens One refused to deliver the Truck to Movants.

11. Accordingly, Movants ask this Court for an Order requiring Citizens One or any other party having possession of the Truck immediately turnover the Truck to Movants.

WHEREFORE, Baxley Leasing, LLC, and Martha Ginger Baxley, respectfully ask this Court enter an Order requiring Citizens One or any other party having possession of the Truck immediately turnover the Truck to Movants or be sanctioned for violations of the Automatic Stay in an amount determined by this Court.

Respectfully submitted, this the 30th day of September 2022.

    EVERETT GASKINS HANCOCK LLP

    /s/ William H. Kroll
    William H. Kroll
    N.C. State Bar No.
    39149 PO Box 911
    Raleigh, NC 27602
    (919) 755-0025
    (919) 755-0009 (fax)
    bill@eghlaw.com
    *Counsel for Baxley Leasing, LLC and*
    *Martha Virginia Baxley*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

BAXLEY CORPORATION, LLC                    CASE NO. 22-00397-5-DMW
                                           CHAPTER 7
DEBTOR.

**NOTICE OF MOTION FOR TURNOVER**

**NOTICE IS HEREBY GIVEN** that Baxley Leasing, LLC, and Martha Baxley filed a **Motion for Turnover** on September 30, 2022, to protect the equity in certain Equipment and Vehicles that is property of the Debtor's Estate pursuant to the security agreement provided under a settlement agreement.

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before **14 days** from the date of this Notice.

This 30th day of September 2022.

                                           s/William H. Kroll
                                           WILLIAM H. KROLL
                                           N.C. State Bar No. 39149
                                           EVERETT GASKINS HANCOCK LLP
                                           220 Fayetteville Street, Suite 300
                                           P.O. Box 911 Raleigh, NC 27602
                                           Email: bill@eghlaw.com
                                           Phone: (919) 755-0025
                                           Fax: (919) 755-0009

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **Notice** and **Motion for Turnover** was electronically filed through CM/ECF or served via the U.S. postal service, postage prepaid, to the parties attached as **Exhibit 1** and listed below, as noted:

**Via CM/ECF:**

| | |
|---|---|
| Bankruptcy Administrator | James B. Angell<br>Howard Stallings, From, Atkins,<br>Angell & Davis, P.A.<br>*Chapter 7 Trustee* |

**Via Certified U.S. postal service, postage prepaid and email:**

| | |
|---|---|
| Citizen One Bank<br>Attn: Manager, Agent, Officer<br>One Citizens Bank Way, JCA110<br>Johnston, RI 02919 | Lenders & Fleet Services, Inc.<br>Attn: Manager, Agent, Officer<br>PO Box 814<br>Branford, CT 06405 |
| Email:<br>latestagecollections@citizensbank.com | Lenders & Fleet Services, Inc.<br>Attn: Manager, Agent, Officer<br>20 NE Industrial Road<br>Branford, CT 06405<br><br>Email: jrudden@lendersfleet.com |

This the 30th day of September 2022.

/s/ William H. Kroll
William H. Kroll