UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

## NOTICE OF FIRST APPLICATION FOR INTERIM COMPENSATION OF AUCTIONEER

James B. Angell, Chapter 7 Trustee in the above referenced case ("Trustee") has filed papers with the Court to apply for interim compensation for Country Boys Auction & Realty, Inc. ("Auctioneer") in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the application, or if you want the court to consider your views on the application, then on or before **October 31, 2022**, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

Clerk, U.S. Bankruptcy Court
Eastern District of North Carolina
PO Box 791
Raleigh, North Carolina 27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | James B. Angell<br>Chapter 7 Trustee<br>P.O. Box 12347<br>Raleigh, NC 27605 |
|---|---|
| Bill Kroll<br>Everett Gaskins Hancock, LLP<br>220 Fayetteville Street #300<br>Raleigh, NC 27601 | George M. Oliver<br>Po Box 1548<br>New Bern, NC 28563 |

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

DATED: October 7, 2022

                <u>s/James B. Angell</u>
                James B. Angell, Chapter 7 Trustee
                Howard, Stallings, From, Atkins,
                Angell & Davis, P.A.
                State Bar No. 12844
                P.O. Box 12347
                Raleigh, NC 27605
                Telephone: (919) 821-7700
                Facsimile: (919) 821-7703
                jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

### FIRST APPLICATION FOR INTERIM COMPENSATION OF AUCTIONEER

Now comes James B. Angell, Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, and hereby applies for approval of payment of fees and expenses for the Trustee's Auctioneer, Country Boys Auction & Realty, Inc. ("Auctioneer"). In support thereof, he respectfully represents to the Court:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 28 U.S.C. §§151, 157 and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States Bankruptcy Court for the Eastern District of North Carolina.

2. In the course of the affairs of the bankruptcy estate, it became necessary for the Trustee to obtain the services of an Auctioneer. On March 7, 2022, the Trustee filed an Application to Employ Country Boys Auction & Realty, Inc. as Auctioneer in this case. An order was entered allowing employment on March 21, 2022.

3. The Auctioneer was employed to perform the following professional services:

    a. To sell any real and/or personal property owned by Baxley Corporation, LLC and Baxley Leasing, LLC; and

    b. To serve as an expert witness on request by the Trustee.

    c. To perform any other auctioneering or realty services for the Trustee as may be necessary in this Chapter 7 proceeding.

4. This is the first application for payment of the Auctioneer in this case.

5. The Trustee seeks to make payments to Auctioneer for services rendered attached as Exhibit A. The total payment of fees sought is $2,360.00.

6. The services rendered by Auctioneer were necessary and of substantial value to the bankruptcy estate. The amount sought is fair and reasonable for the services rendered.

WHEREFORE, it is hereby respectfully requested that Country Boys Auction & Realty, Inc., Auctioneer for the James B. Angell, Chapter 7 Trustee in the above referenced case be allowed reimbursement of fees in the amount of $2,360.00 and for such other relief as is just and proper.

DATED: October 7, 2022

                                            s/James B. Angell
                                            James B. Angell, Chapter 7 Trustee
                                            Howard, Stallings, From, Atkins,
                                            Angell & Davis, P.A.
                                            State Bar No. 12844
                                            P.O. Box 12347
                                            Raleigh, NC 27605
                                            Telephone: (919) 821-7700
                                            Facsimile: (919) 821-7703
                                            jangell@hsfh.com

EXHIBIT 4



**1211 W. Fifth St.  PO Box 1903 Washington, NC 27889**
phone (252) 946-6007 | fax (252) 946-0460

# Invoice

| Date | Invoice # |
|---|---|
| 10/6/2022 | 3165 |

**Bill To**

Jim Angell, Trustee
PO Drawer 12347
Raleigh, NC 27605-2347

Re:  Baxley Corporation LLC

| Description | Amount |
|---|---|
| Castle Hayne  4700 N. College Rd  3 storage units  truck and trailer 120 miles | 360.00 |
| 4 men 7.5 hours  @ 20 | 600.00 |
| Pick up inventory in Plymout, NC 35 miles truck and trailer | 700.00 |
| 4 men 3 hours @ 20 | 240.00 |
| Hours checking in trucks and trailers making inventory to verify vin#'s etc  8 man hrs | 160.00 |
| Hours spent assisting in getting vehicles  running and removal of trucks and trailers from the yard in intervals 10 hours | 200.00 |
| Man hours to assist loading small items out of warehouse at they were released  5 hours | 100.00 |

**Total** $2,360.00

DECLARATION OF COSTS AND EXPENSES OF SALE

I, Mike Gurkins, of Country Boys Auction & Realty, Inc. declare under penalty of perjury that the foregoing costs and expenses of sale to the best of my knowledge, are true and accurate and were necessary for the sale of the property reported herein.

10-6-22
Dated

Mike Gurkins

Sworn and Subscribed before me the __6__ day of __July__, __22__

Notary

[Notary seal: DEWEY M. DUNN, NOTARY PUBLIC, PITT COUNTY, N.C.]

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| BAXLEY CORPORATION, LLC | 22-00397-5-DMW |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, Qiara McCain, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on October 7, 2022, the foregoing <u>Application for Interim Compensation of Auctioneer and Notice of Application</u> was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: October 7, 2022

<u>s/ Qiara McCain</u>
Qiara McCain, Paralegal
P.O. Box 12347
Raleigh, NC 27605

| | |
|---|---|
| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to*<br>*Karen_Cook@nceba.uscourts.gov*<br>*Lesley_Dean@nceba.uscourts.gov and* | George M. Oliver<br>Attorney for Debtor<br>*Served via cm/ecf* |
| Bill Kroll<br>Everett Gaskins Hancock, LLP<br>Attorney for Baxley Leasing, LLC,<br>Martha Baxley<br>*Served via cm/ecf* | Country Boys Auction & Realty, Inc.<br>Attn: Mike Gurkins<br>1211 W. Fifth Street<br>P.O. Box 1903<br>Washington, NC 27889 |