# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE: BAXLEY CORPORATION, LLC,　　　CASE NO. 22-00397-5-DMW
　　　　　　　　　　　　　　　　　　　CHAPTER 7
　　DEBTOR

## MOTION REQUIRING RETURN OF LAPTOP COMPUTER TO BRANDON BAXLEY

NOW COMES Brandon Baxley, through undersigned counsel, and respectfully moves the court for an order requiring Travis Sasser to return his laptop computer and shows the court the following:

1. On February 23, 2022, the Debtor filed a petition with the Bankruptcy Court for the Eastern District of North Carolina under Chapter 7 of Title 11 of the United States Code.

2. During the pendency of the case a laptop computer belonging to Brandon Baxley was placed into the custody of Travis Sasser.

3. The trustee's vendor has extracted all of the files from the laptop. As such, there is no reason not to allow Brandon Baxley to have possession of the laptop.

WHEREFORE, Brandon Baxley prays that this court require Travis Sasser to release the laptop computer to him.

Dated:  October 21, 2022　　　　　　　/s/ Travis Sasser
　　　　　　　　　　　　　　　　　　Travis Sasser
　　　　　　　　　　　　　　　　　　Attorney for Brandon Baxley
　　　　　　　　　　　　　　　　　　State Bar No. 26707
　　　　　　　　　　　　　　　　　　2000 Regency Parkway, Suite 230
　　　　　　　　　　　　　　　　　　Cary, NC 27518
　　　　　　　　　　　　　　　　　　Tel: 919.319.7400
　　　　　　　　　　　　　　　　　　Fax: 919.657.7400
　　　　　　　　　　　　　　　　　　travis@sasserbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE: BAXLEY CORPORATION, LLC,** | **CASE NO. 22-00397-5-DMW** |
| | **CHAPTER 7** |
| **DEBTOR** | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a Motion has been filed by Brandon Baxley. A copy of the motion accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

| | |
|---|---|
| Dated: October 21, 2022 | /s/ Travis Sasser |
| | Travis Sasser |
| | Attorney for Brandon Baxley |
| | State Bar No. 26707 |
| | 2000 Regency Parkway, Suite 230 |
| | Cary, NC 27511 |
| | Tel: 919.319.7400 |
| | Fax: 919.657.7400 |
| | travis@sasserbankruptcy.com |

## CERTIFICATE OF SERVICE

The foregoing Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

James B. Angell
***Served Electronically***

Brian Behr
***Served Electronically***

| | |
|---|---|
| Dated: October 21, 2022 | /s/ Travis Sasser |
| | Travis Sasser |
| | Attorney for Brandon Baxley |
| | State Bar No. 26707 |
| | 2000 Regency Parkway, Suite 230 |
| | Cary, NC 27518 |
| | Tel: 919.319.7400 |
| | Fax: 919.657.7400 |
| | travis@sasserbankruptcy.com |