**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-00397 | | | Trustee Name: | | James B. Angell | |
|---|---|---|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | | Date Filed (f) or Converted (c): | | 02/23/2022 (f) | |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | | 03/31/2022 | |
| | | | | Claims Bar Date: | | 06/03/2022 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| **Ref. #** | | | | | | | |
| 1  Pinnacle Bank Checking 5989 | $18,868.81 | $18,868.81 | | $169,868.66 | FA | $0.00 | $0.00 |
| 2  Funds deposited with Bill.com | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 3  Security deposit | $7,191.80 | $7,191.80 | | $0.00 | $7,191.80 | $0.00 | $0.00 |
| 4  Accounts receivable 11a. 90 days old or less: face amount 421,611.00 - doubtful or uncollectible accounts 0.00 =$421,611.00 | $421,611.00 | $421,611.00 | | $0.00 | $421,611.00 | $0.00 | $0.00 |
| 5  Accounts receivable 11b. Over 90 days old: face amount 423,851.23 - doubtful or uncollectible accounts 0.00 = 423,851.23 | $423,851.23 | $423,851.23 | | $0.00 | $423,851.23 | $0.00 | $0.00 |
| 6  2018 Kaufman Trailer, Other Information: 5VGFD2220JL000946 | $4,550.00 | $4,550.00 | | $4,000.00 | FA | $0.00 | $0.00 |
| 7  2013 International Series Other Information: Cab, VIN 1HTMMAAN2DH357891 | Unknown | $0.00 | | $13,000.00 | FA | $0.00 | $0.00 |
| 8  2017 Kaufman Utility Trailer, Other Information: 5VGFD2220HL005994 | $2,671.00 | $2,671.00 | | $4,000.00 | FA | $0.00 | $0.00 |
| 9  2008 Toyota Platinum Other Information: 5TDBY67A28S009049 | $14,943.00 | $14,943.00 | | $0.00 | $14,943.00 | $0.00 | $0.00 |
| 10  2010 BMW XDrive Other Information: 5UXFF0C52ALT77072 | Unknown | $0.00 | | $2,500.00 | FA | $0.00 | $0.00 |
| 11  Excavator Unknown | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 12  Loans to Officers Total face amount19,701.73 -  doubtful or uncollectible amount 0.00 = $19,701.73 | $19,701.73 | $19,701.73 | | $0.00 | $19,701.73 | $0.00 | $0.00 |
| 13  Loan to Baxley Leasing, LLC Loan to Baxley Leasing, LLC  196,015.00- doubtful or uncollectible amount 0.00 =$196,015.00 | $196,015.00 | $196,015.00 | | $0.00 | $196,015.00 | $0.00 | $0.00 |
| 14  Loan to Martha "Ginger" Baxley Total face amount 43,156.77 - doubtful or uncollectible amount 0.00 =$43,156.77 | $43,156.77 | $43,156.77 | | $0.00 | $43,156.77 | $0.00 | $0.00 |
| 15  Loan to Jonathan Keith Total face amount 12,500.00 -doubtful or uncollectible amount 0.00= $12,500.00 | $12,500.00 | $12,500.00 | | $0.00 | $12,500.00 | $0.00 | $0.00 |
| | | | | SUBTOTALS | | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-00397 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 09/30/2022 | | §341(a) Meeting Date: | 03/31/2022 |
| | | | Claims Bar Date: | 06/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 16 Loan to Sarah Santoro Total face amount 9,500.00 - doubtful or uncollectible amount 0.00 =$9,500.00 | $9,500.00 | $9,500.00 | | $0.00 | $9,500.00 | $0.00 | $0.00 |
| 17 Preferential/avoidable transfers to insiders | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 VOID | $0.00 | $0.00 | | $2,970.41 | FA | $0.00 | $0.00 |
| 19 Liquidation of Other personal Property | $7,077.73 | $7,077.73 | | $38,077.73 | $0.00 | $0.00 | $0.00 |
| 20 Notes and Accounts Receivable (u) | $75,153.00 | $75,153.00 | | $75,153.00 | $0.00 | $0.00 | $0.00 |
| 21 Construction Equipment | $50,000.00 | $50,000.00 | | $20,000.00 | $30,000.00 | $0.00 | $0.00 |
| 22 DOT Tracking #5202263175; Invoice Date 05/17/2022 (u) | $4,000.00 | $4,000.00 | | $4,000.00 | $0.00 | $0.00 | $0.00 |
| 23 Funds in trust account for law firm | $183,800.00 | $0.00 | | $183,800.00 | $0.00 | $0.00 | $0.00 |
| 24 Funds from debtor's checking account | $37,919.00 | $0.00 | | $37,919.00 | $0.00 | $0.00 | $0.00 |
| 25 Settlement with Baxley Leasing | $0.00 | $277,519.60 | | $5,717.79 | $271,801.81 | $0.00 | $0.00 |
| TOTALS (Excluding unknown value) | $1,532,510.07 | $1,588,310.67 | | $561,006.59 | $1,450,272.34 | $0.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2022 | THE TRUSTEE HAS BEEN WORKING ON COMPLETION OF THE "CAMP BUTNER" PROJECT AND IS REVIEWING DOCUMENTS FROM BRANDON BAXLEY'S COMPUTER. THE TRUSTEE IS COLLECTING MONIES FROM A SETTLEMENT WITH BAXLEY LEASING. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2023 | /s/ JAMES ANGELL | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2025 | JAMES ANGELL | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 22-00397 | **Trustee Name:** | James B. Angell |
| **Case Name:** BAXLEY CORPORATION, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***4998 | **Checking Acct #:** | ******0397 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2022 | **Blanket bond (per case limit):** | $1,425,000.00 |
| **For Period Ending:** 09/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2022 | (1) | PINNACLE BANK | Funds of debtor | 1129-000 | $169,868.66 | | $169,868.66 |
| 03/15/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $169,868.66 | $0.00 |
| | | | **TOTALS:** | | $169,868.66 | $169,868.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $169,868.66 | |
| | | | **Subtotal** | | $169,868.66 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $169,868.66 | $0.00 | |

| For the period of 07/01/2022 to 09/30/2022 | | For the entire history of the account between 03/07/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $169,868.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $169,868.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $169,868.66 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No.: | 22-00397 | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $169,868.66 | | $169,868.66 |
| 03/17/2022 | (24) | PINNACLE BANK | Cash on hand from debtor's checking account | 1129-000 | $37,919.00 | | $207,787.66 |
| 03/18/2022 | 5001 | Legal Media Experts | Payment for invoice #106598 (Job # 105404) | 2200-000 | | $342.84 | $207,444.82 |
| 03/18/2022 | 5002 | Black Dog Agency LLC | Payment for invoice #7329 | 2200-000 | | $770.72 | $206,674.10 |
| 03/18/2022 | 5003 | International Sureties LTD | Bond Payment | 2300-000 | | $17.49 | $206,656.61 |
| 03/22/2022 | 5004 | Legal Media Experts | Payment for invoice #106604 (Job # 105406) | 2200-000 | | $2,252.24 | $204,404.37 |
| 03/25/2022 | 5005 | Xpert Computers | Computer Services | 2200-000 | | $182.23 | $204,222.14 |
| 03/25/2022 | 5005 | VOID: Xpert Computers | | 2200-003 | | ($182.23) | $204,404.37 |
| 03/25/2022 | 5006 | Xpert Computers | Computer Services | 2200-000 | | $182.33 | $204,222.04 |
| 03/28/2022 | 5007 | J&J Court Transcribers, Inc. | Payment for Invoice #2022-00599 | 2990-000 | | $157.30 | $204,064.74 |
| 04/04/2022 | 5008 | Midguard Self Storage | Payment for April 2022 storage | 2990-000 | | $297.00 | $203,767.74 |
| 04/04/2022 | 5009 | A Storage Place | Payment for April 2022 storage | 2990-000 | | $210.00 | $203,557.74 |
| 04/06/2022 | 5010 | Go Store It - Wilmington North Chase | Payment for April 2022 storage | 2990-000 | | $240.35 | $203,317.39 |
| 04/13/2022 | 5011 | J&J Court Transcribers, Inc. | Payment for invoice # 2022-00649 | 2990-000 | | $544.00 | $202,773.39 |
| 04/13/2022 | 5012 | Black Dog Agency LLC | Payment for invoice #7337 | 2990-000 | | $568.36 | $202,205.03 |
| 04/13/2022 | 5013 | Black Dog Agency LLC | Payment for invoice #7369 | 2990-000 | | $350.00 | $201,855.03 |
| 04/18/2022 | (18) | NC DEPT OF COMMERCE, ESC | | 1290-000 | $2,970.41 | | $204,825.44 |
| 04/19/2022 | (19) | SELECTIVE INSURANCE COMPANY | | 1290-000 | $7,077.73 | | $211,903.17 |
| 04/25/2022 | (20) | NC DEPARTMENT OF TRANSPORTATION | | 1221-000 | $75,153.00 | | $287,056.17 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $322.72 | $286,733.45 |
| 05/02/2022 | 5014 | A Storage Place | Payment for May 2022 storage units I27, K16 & K23. | 2990-000 | | $210.00 | $286,523.45 |
| 05/04/2022 | 5015 | J&J Court Transcribers, Inc. | Payment for invoice #2022-00783 | 2990-000 | | $160.05 | $286,363.40 |
| 05/04/2022 | 5016 | J&J Court Transcribers, Inc. | Payment for invoice #2022-00799 | 2990-000 | | $960.30 | $285,403.10 |
| 05/23/2022 | (21) | EVERETT GASKINS HANCOCK LLP | Incorrect entry due to transaction being wired | 1129-000 | $20,000.00 | | $305,403.10 |
| 05/23/2022 | (22) | NC DEPARTMENT OF TRANSPORTATION | | 1290-000 | $4,000.00 | | $309,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $329,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $349,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $369,403.10 |
| | | | SUBTOTALS | | $376,988.80 | $7,585.70 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 22-00397 | | Trustee Name: | James B. Angell |
| --- | --- | --- | --- | --- |
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $389,403.10 |
| 05/24/2022 | (21) | DEP REVERSE: EVERETT GASKINS | Incorrect entry due to transaction being wired | 1129-000 | ($20,000.00) | | $369,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entry | 1129-000 | ($20,000.00) | | $349,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entries | 1129-000 | ($20,000.00) | | $329,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entries | 1129-000 | ($20,000.00) | | $309,403.10 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $438.48 | $308,964.62 |
| 05/31/2022 | 5017 | Verizon Security Subpoena Compliance | Payment pursuant to invoice # 2022280270 | 7100-000 | | $83.00 | $308,881.62 |
| 05/31/2022 | 5018 | AT&T | Payment pursuant to invoice #424819 | 7100-000 | | $145.00 | $308,736.62 |
| 06/01/2022 | (19) | PINNACLE BANK | Funds from debtor's checking account | 1129-000 | $1,000.00 | | $309,736.62 |
| 06/03/2022 | 5019 | A Storage Place | Payment for May 2022 storage unit K-16 | 2990-000 | | $70.00 | $309,666.62 |
| 06/03/2022 | 5020 | A Storage Place | Payment for May 2022 storage unit I-27 | 2990-000 | | $70.00 | $309,596.62 |
| 06/03/2022 | 5021 | A Storage Place | Payment for May 2022 storage unit K-23 | 2990-000 | | $70.00 | $309,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $339,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $369,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $399,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $429,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $459,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $429,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $399,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $369,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $339,526.62 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $459.76 | $339,066.86 |
| 07/11/2022 | 5022 | NCDMV | Application fee for lost title on 2010 BMW Xdrive | 2990-000 | | $21.50 | $339,045.36 |
| 07/11/2022 | 5023 | NCDMV | Application fee for lost title on 2017 Kaufman Trailer | 2990-000 | | $21.50 | $339,023.86 |

| | | | | SUBTOTALS | ($29,000.00) | $1,379.24 | |

FORM 2

Page No: 4

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397 | | Trustee Name: | James B. Angell |
| --- | --- | --- | --- | --- |
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2022 | 5024 | NCDMV | Application fee for lost title on 2018 Kaufman trailer | 2990-000 | | $21.50 | $339,002.36 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $503.93 | $338,498.43 |
| 08/04/2022 | | EVERETT GASKINS HANCOCK LLP - | Correct VIN is 1HTMMAAM6DH105147 | * | $23,500.00 | | $361,998.43 |
| | {6} | | $4,000.00 | 1129-000 | | | $361,998.43 |
| | {8} | | $4,000.00 | 1129-000 | | | $361,998.43 |
| | {10} | | $2,500.00 | 1129-000 | | | $361,998.43 |
| | {7} | | $13,000.00 | 1129-000 | | | $361,998.43 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $533.56 | $361,464.87 |
| 09/07/2022 | (25) | BAXLEY LEASING | Installment on settlement | 1149-000 | $5,717.79 | | $367,182.66 |
| 09/07/2022 | (25) | BAXLEY LEASING | Installment on settlement | 1149-000 | $5,717.79 | | $372,900.45 |
| 09/07/2022 | (25) | BAXLEY LEASING | Correction for Wire in entered twice. | 1149-000 | ($5,717.79) | | $367,182.66 |
| 09/08/2022 | 5025 | NC Secretary of State | Payment for filing a UCC | 2990-000 | | $45.00 | $367,137.66 |
| 09/22/2022 | 5026 | International Sureties LTD | Bond Payment | 2300-000 | | $236.39 | $366,901.27 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $528.12 | $366,373.15 |
| | | | TOTALS: | | $377,206.59 | $10,833.44 | $366,373.15 |
| | | | Less: Bank transfers/CDs | | $169,868.66 | $0.00 | |
| | | | Subtotal | | $207,337.93 | $10,833.44 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $207,337.93 | $10,833.44 | |

| For the period of 07/01/2022 to 09/30/2022 | | For the entire history of the account between 03/15/2022 to 9/30/2022 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $29,217.79 | Total Compensable Receipts: | $207,337.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,217.79 | Total Comp/Non Comp Receipts: | $207,337.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $169,868.66 |
| Total Compensable Disbursements: | $1,911.50 | Total Compensable Disbursements: | $10,833.44 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,911.50 | Total Comp/Non Comp Disbursements | $10,833.44 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 22-00397 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ESCROW ACCOUNT |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2022 | (23) | HENDREN & MALONE, PLLC TRUST ACCOUNT | Funds in trust account for law firm | 1290-000 | $183,800.00 | | $183,800.00 |
| | | | **TOTALS:** | | $183,800.00 | $0.00 | $183,800.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $183,800.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $183,800.00 | $0.00 | |

| For the period of 07/01/2022 to 09/30/2022 | | For the entire history of the account between 04/06/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $183,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $183,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | |
|---|---|
| Case No. | 22-00397 |
| Case Name: | BAXLEY CORPORATION, LLC |
| Primary Taxpayer ID #: | **-***4998 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2022 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | James B. Angell |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0021 |
| Account Title: | ESCROW ACCOUNT |
| Blanket bond (per case limit): | $1,425,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $561,006.59 | $10,833.44 | $550,173.15 |

**For the period of 07/01/2022 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $29,217.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,217.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,911.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,911.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2022 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $561,006.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $561,006.59 |
| Total Internal/Transfer Receipts: | $169,868.66 |
| | |
| Total Compensable Disbursements: | $10,833.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,833.44 |
| Total Internal/Transfer Disbursements: | $169,868.66 |