**SO ORDERED.**

**SIGNED this 1 day of November, 2022.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

BAXLEY CORPORATION, LLC                CASE NO. 22-00397-5-DMW
                                        CHAPTER 7

    DEBTOR.

## ORDER ALLOWING MOTION FOR TURNOVER

THIS MATTER COMES before the Court upon the Motion for Turnover filed by Baxley Leasing, LLC, and Martha Ginger Baxley (collectively "Movants") moving this Court for an Order directing CITIZENS ONE BANK or its agents including, but not limited to, LENDERS & FLEET SERVICES, INC. (collectively "Citizens One"), to turnover a 2016 Dodge Ram Truck ("Truck") to Movants, pursuant to 11 U.S.C. § 542(a), the Order Granting Trustee's Motion to Approve Compromise and Settlement with Baxley Leasing, LLC and Baxley Constructions Co., Inc., Pursuant to Fed. R. Bank. P. 9019 [DE-237], and Order Allowing Motion to Extend Stay [DE-292]. This Court finding that Notice was provided to the required parties, no objection was filed the motion, and the relief requested is appropriate.

Accordingly,

IT IS HEREBY ORDERED that Citizens One or any other party having possession of the Truck shall turnover the Truck to Movants within 7 days of entry of this Order. Failure to comply with this Order will require Citizens One to be brought before this Court to determine appropriate sanctions for violations of the Automatic Stay in an amount determined.

END OF DOCUMENT