SO ORDERED.

SIGNED this 1 day of November, 2022.

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

BAXLEY CORPORATION, LLC                         CASE NO. 22-00397-5-DMW
                                                CHAPTER 7

    DEBTOR.

## ORDER ALLOWING MOTION FOR TURNOVER

    THIS MATTER COMES before the Court upon the Motion for Turnover filed by Baxley Leasing, LLC, and Martha Ginger Baxley (collectively "Movants") moving this Court for an Order directing TRI CITY AUTOMOTIVE SERVICE CENTER, LLC ("Tri City"), to turnover a 2010 BMW X5 ("Car") to Movants, pursuant to 11 U.S.C. § 542(a), the Order Granting Trustee's Motion to Approve Compromise and Settlement with Baxley Leasing, LLC and Baxley Constructions Co., Inc., Pursuant to Fed. R. Bank. P. 9019 [DE-237], and Order Allowing Motion to Extend Stay [DE-292]. This Court finding that Notice was provided to the required parties, no objection was filed the motion, and the relief requested is appropriate.

    Accordingly,

    IT IS HEREBY ORDERED that Tri City or any other party having possession of the Car shall turnover the Truck to Movants within 7 days of entry of this Order. Failure to comply with this Order will require Citizens One to be brought before this Court to determine appropriate sanctions for violations of the Automatic Stay in an amount determined. Movants shall pay Tri City $2,197.72 for repairs if it is determined that the repairs performed by Tri City were beneficial.

END OF DOCUMENT