FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 22-00397-5-DMW | | | Trustee Name: | | James B. Angell | |
| Case Name: | BAXLEY CORPORATION, LLC | | | Date Filed (f) or Converted (c): | | 02/23/2022 (f) | |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | | 03/31/2022 | |
| | | | | Claims Bar Date: | | 06/03/2022 | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 1 | Pinnacle Bank Checking 5989 | $18,868.81 | $18,868.81 | | $169,868.66 | FA | $0.00 | $0.00 |
| 2 | Funds deposited with Bill.com | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | Security deposit | $7,191.80 | $7,191.80 | | $0.00 | FA | $0.00 | $0.00 |
| 4 | Accounts receivable 11a. 90 days old or less: face amount 421,611.00 - doubtful or uncollectible accounts 0.00 =$421,611.00 | $421,611.00 | $421,611.00 | | $75,383.45 | FA | $0.00 | $0.00 |
| 5 | Accounts receivable 11b. Over 90 days old: face amount 423,851.23 - doubtful or uncollectible accounts 0.00 = 423,851.23 | $423,851.23 | $423,851.23 | | $0.00 | FA | $0.00 | $0.00 |
| 6 | 2018 Kaufman Trailer, Other Information: 5VGFD2220JL000946 | $4,550.00 | $4,550.00 | | $4,000.00 | FA | $0.00 | $0.00 |
| 7 | 2013 International Series Other Information: Cab, VIN 1HTMMAAN2DH357891 | Unknown | $0.00 | | $13,000.00 | FA | $0.00 | $0.00 |
| 8 | 2017 Kaufman Utility Trailer, Other Information: 5VGFD2220HL005994 | $2,671.00 | $2,671.00 | | $4,000.00 | FA | $0.00 | $0.00 |
| 9 | 2008 Toyota Platinum Other Information: 5TDBY67A28S009049 | $14,943.00 | $14,943.00 | | $0.00 | FA | $0.00 | $0.00 |
| 10 | 2010 BMW XDrive Other Information: 5UXFF0C52ALT77072 | Unknown | $0.00 | | $2,500.00 | FA | $0.00 | $0.00 |
| 11 | Excavator Unknown | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 12 | Loans to Officers Total face amount19,701.73 - doubtful or uncollectible amount 0.00 = $19,701.73 | $19,701.73 | $19,701.73 | | $0.00 | FA | $0.00 | $0.00 |
| 13 | Loan to Baxley Leasing, LLC Loan to Baxley Leasing, LLC 196,015.00- doubtful or uncollectible amount 0.00 =$196,015.00 | $196,015.00 | $196,015.00 | | $0.00 | FA | $0.00 | $0.00 |
| 14 | Loan to Martha "Ginger" Baxley Total face amount 43,156.77 - doubtful or uncollectible amount 0.00 =$43,156.77 | $43,156.77 | $43,156.77 | | $0.00 | FA | $0.00 | $0.00 |
| 15 | Loan to Jonathan Keith Total face amount 12,500.00 -doubtful or uncollectible amount 0.00= $12,500.00 | $12,500.00 | $12,500.00 | | $0.00 | FA | $0.00 | $0.00 |
| | | | | SUBTOTALS | $0.00 | | $0.00 | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
| Case Name: | BAXLEY CORPORATION, LLC | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 03/31/2025 | | §341(a) Meeting Date: | 03/31/2022 |
| | | | Claims Bar Date: | 06/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 16  Loan to Sarah Santoro Total face amount 9,500.00 - doubtful or uncollectible amount 0.00 =$9,500.00 | $9,500.00 | $9,500.00 | | $0.00 | FA | $0.00 | $0.00 |
| 17  Preferential/avoidable transfers to insiders | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 18  VOID | $0.00 | $0.00 | | $2,970.41 | FA | $0.00 | $0.00 |
| 19  Liquidation of Other personal Property | $7,077.73 | $7,077.73 | | $38,077.73 | FA | $0.00 | $0.00 |
| 20  Notes and Accounts Receivable (u) | $75,153.00 | $75,153.00 | | $75,153.00 | FA | $0.00 | $0.00 |
| 21  Construction Equipment | $50,000.00 | $50,000.00 | | $20,000.00 | FA | $0.00 | $0.00 |
| 22  DOT Tracking #5202263175; Invoice Date 05/17/2022 (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA | $0.00 | $0.00 |
| 23  Funds in trust account for law firm | $183,800.00 | $0.00 | | $183,800.00 | FA | $0.00 | $0.00 |
| 24  Funds from debtor's checking account | $37,919.00 | $0.00 | | $37,919.00 | FA | $0.00 | $0.00 |
| 25  Settlement with Baxley Leasing | $0.00 | $277,519.60 | | $189,103.25 | $88,416.35 | $0.00 | $0.00 |
| 26  Interest Income from Estate Bank Accounts (u) | $0.00 | $0.00 | | $2,171.13 | FA | $0.00 | $0.00 |
| 27  Settlement with Brandon Baxley, Martha Baxley and Rudolph BHaxley (u) | $0.00 | $96,105.00 | | $96,105.00 | FA | $0.00 | $0.00 |
| 28  PROCEEDS OF BANK ACCOUNT (u) | $0.00 | $49.04 | | $49.04 | $0.00 | $0.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | **$1,532,510.07** | **$1,684,464.71** | | **$918,100.67** | **$88,416.35** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**

| 03/31/2025 | THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE FINAL PAYMENT IS DUE MAY 31, 2025. ALL OTHER ASSETS HAVE BEEN ADMINISTERED. ALL CLAIMS OBJECTIONS HAVE BEEN RESOLVED. THE TRUSTEE MADE A SECOND INTERIM DISTRIBUTION IN 2024. A FINAL TAX RETURN WILL NEED TO BE FILED. |
| 12/24/2024 | THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE FINAL PAYMENT IS DUE MAY 31, 2025. THE TRUSTEE RECEIVED THE FUNDS FROM A COMPROMISE WITH BRANDON BAXLEY , MARTHA BAXLEY AND RUDOLPH BAXLEY. SALL OTHER ASSETS HAVE BEEN ADMINISTERED. ALL CLAIMS OBJECTIONS HAVE BEEN RESOLVED. THE TRUSTEE MADE A SECOND INTERIM DISTRIBUTION IN 2024. A FINAL TAX RETURNS WILL NEED TO BE FILED. |
| 12/24/2024 | THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE FINAL PAYMENT IS DUE MAY 31, 2025. THE TRUSTEE RECEIVED THE FUNDS FROM A COMPROMISE WITH BRANDON BAXLEY , MARTHA BAXLEY AND RUDOLPH BAXLEY. ALL OTHER ASSETS HAVE BEEN ADMINISTERED. ALL CLAIMS OBJECTIONS HAVE BEEN RESOLVED. THE TRUSTEE MADE A SECOND INTERIM DISTRIBUTION IN 2024. A FINAL TAX RETURN WILL NEED TO BE FILED. |
| 09/30/2024 | THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE FINAL PAYMENT IS DUE MAY 31, 2025. THE TRUSTEE REACHED A COMPROMISE WITH BRANDON BAXLEY, MARTHA BAXLEY AND RUDOLPH BAXLEY, WHICH REQUIRES A PAYMENT BY NOVEMBER 30, 2024. ALL CLAIMS OBJECTIONS HAVE BEEN RESOLVED. THE TRUSTEE WILL MAKE A SECOND INTERIM DISTRIBUTION IN 2024. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-00397-5-DMW | | | Trustee Name: | | James B. Angell | |
|---|---|---|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | | Date Filed (f) or Converted (c): | | 02/23/2022 (f) | |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | | 03/31/2022 | |
| | | | | Claims Bar Date: | | 06/03/2022 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| | |
|---|---|
| 06/30/2024 | THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE FINAL PAYMENT IS DUE MAY 31, 2025. |
| | THE TRUSTEE HAS FILED A MOTION TO COMPROMISE A SECOND ADVERSARY PROCEEDING WITH BRANDON BAXLEY, MARTHA BAXLEY AND RUDOLPH BAXLEY, WHICH IS PENDING. IF APPROVED, THE SETTLEMENT PAYMENTS WLL BE DUE THE LATER OF NOVEMBER 1, 2024 OR 30 DAYS AFTER APPROVAL OF THE SETTLEMENT. |
| | THE TRUSTEE WILL NEED TO FILE FINAL TAX RETURNS. |
| | ALL CLAIMS OBJECTIONS HAVE BEEN RESOLVED. THE TRUSTEE MADE AN INTERIM DISTRIBUTION IN 2023. |
| 12/31/2023 | THE TRUSTEE HAS MADE AN INTERIM DISTRIBUTION. THE TRUSTEE IS COLLECTING PAYMENTS FROM A COMPROMISE WITH BAXLEY LEASING. THE TRUSTEE IS PREPARING A COMPLAINT TO AVOID OTHER PAYMENTS. |
| 09/30/2023 | THE TRUSTEE HAS FILED CLAIMS OBJECTIONS AND IS WORKING ON MAKING AN INTERIM DISTRIBUTION. THE TRUSTEE CONTINUES TO COLLECT SETTLEMENT PAYMENTS. THE TRUSTEE IS WORKING ON A COMPROMISE WITH THE BRANDON BAXLEY ESTATE. |
| 06/30/2023 | THE TRUSTEE HAS FILED CLAIMS OBJECTIONS AND IS WORKING ON MAKING AN INTERIM DISTRIBUTION. THE TRUSTEE CONTINUES TO COLLECT SETTLEMENT PAYMENTS. THE TRUSTEE HAS MOVED FOR APPROVAL OF A COMPROMISE WITH THE BRANDON BAXLEY ESTATE. |
| 03/31/2023 | THE TRUSTEE HAS REACHED A COMPROMISE FOR PAYMENT OF CLAIMS ON THE "CAMP BUTNER" PROJECT AND IS PREPARING A LAWSUIT ASSERTING CLAIMS AGAINST INSIDERS. THE TRUSTEE IS COLLECTING MONIES FROM A SETTLEMENT WITH BAXLEY LEASING. |
| 06/30/2022 | THE TRUSTEE SETTLED AN ADVERSARY PROCEEDING AGAINST BAXLEY LEASING AND IS ASSESSING CLAIMS AGAINST INDIVIDUALS. THE TRUSTEE SOLD ASSETS OF THE ESTATE. |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ JAMES ANGELL | |
| Current Projected Date Of Final Report (TFR): | 09/30/2025 | JAMES ANGELL | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Certificate of Deposits Acct #: | ******4724 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Certificate of Deposit 4724 |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2023 | | Transfer From: #******0020 | | 9999-000 | $325,000.00 | | $325,000.00 |
| 08/06/2023 | (26) | Pinnacle Bank | Interest paid on CD | 1270-000 | $2,171.13 | | $327,171.13 |
| 08/06/2023 | | Transfer To: #******0020 | transfer of CD to checking 7/5/2023 | 9999-000 | | $327,171.13 | $0.00 |
| | | TOTALS: | | | $327,171.13 | $327,171.13 | $0.00 |
| | | Less: Bank transfers/CDs | | | $325,000.00 | $327,171.13 | |
| | | Subtotal | | | $2,171.13 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $2,171.13 | $0.00 | |

| For the period of 01/01/2025 to 03/31/2025 | | For the entire history of the account between 04/06/2023 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $2,171.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $2,171.13 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $325,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $327,171.13 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0397 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2022 | (1) | PINNACLE BANK | Funds of debtor | 1129-000 | $169,868.66 | | $169,868.66 |
| 03/15/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $169,868.66 | $0.00 |
| | | | TOTALS: | | $169,868.66 | $169,868.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $169,868.66 | |
| | | | Subtotal | | $169,868.66 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $169,868.66 | $0.00 | |

| For the period of 01/01/2025 to 03/31/2025 | | For the entire history of the account between 03/07/2022 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $169,868.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $169,868.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $169,868.66 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $169,868.66 | | $169,868.66 |
| 03/17/2022 | (24) | PINNACLE BANK | Cash on hand from debtor's checking account | 1129-000 | $37,919.00 | | $207,787.66 |
| 03/18/2022 | 5001 | Legal Media Experts | Payment for invoice #106598 (Job # 105404) | 2990-000 | | $342.84 | $207,444.82 |
| 03/18/2022 | 5002 | Black Dog Agency LLC | Payment for invoice #7329 | 2990-000 | | $770.72 | $206,674.10 |
| 03/18/2022 | 5003 | International Sureties LTD | Bond Payment | 2300-000 | | $17.49 | $206,656.61 |
| 03/22/2022 | 5004 | Legal Media Experts | Payment for invoice #106604 (Job # 105406) | 2990-000 | | $2,252.24 | $204,404.37 |
| 03/25/2022 | 5005 | Xpert Computers | Computer Services | 2990-000 | | $182.23 | $204,222.14 |
| 03/25/2022 | 5005 | VOID: Xpert Computers | DUPLICATE CHECK | 2990-003 | | ($182.23) | $204,404.37 |
| 03/25/2022 | 5006 | Xpert Computers | Computer Services VOIDED DUPLICATE CHECK | 2990-000 | | $182.33 | $204,222.04 |
| 03/28/2022 | 5007 | J&J Court Transcribers, Inc. | Payment for Invoice #2022-00599 | 2990-000 | | $157.30 | $204,064.74 |
| 04/04/2022 | 5008 | Midgard Self Storage | Payment for April 2022 storage | 2990-000 | | $297.00 | $203,767.74 |
| 04/04/2022 | 5009 | A Storage Place | Payment for April 2022 storage | 2990-000 | | $210.00 | $203,557.74 |
| 04/06/2022 | 5010 | Go Store It - Wilmington North Chase | Payment for April 2022 storage | 2990-000 | | $240.35 | $203,317.39 |
| 04/13/2022 | 5011 | J&J Court Transcribers, Inc. | Payment for invoice # 2022-00649 | 2990-000 | | $544.00 | $202,773.39 |
| 04/13/2022 | 5012 | Black Dog Agency LLC | Payment for invoice #7337 | 2990-000 | | $568.36 | $202,205.03 |
| 04/13/2022 | 5013 | Black Dog Agency LLC | Payment for invoice #7369 | 2990-000 | | $350.00 | $201,855.03 |
| 04/18/2022 | (18) | NC DEPT OF COMMERCE, ESC | | 1290-000 | $2,970.41 | | $204,825.44 |
| 04/19/2022 | (19) | SELECTIVE INSURANCE COMPANY | | 1290-000 | $7,077.73 | | $211,903.17 |
| 04/25/2022 | (20) | NC DEPARTMENT OF TRANSPORTATION | | 1221-000 | $75,153.00 | | $287,056.17 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $322.72 | $286,733.45 |
| 05/02/2022 | 5014 | A Storage Place | Payment for May 2022 storage units I27, K16 & K23. | 2990-000 | | $210.00 | $286,523.45 |
| 05/04/2022 | 5015 | J&J Court Transcribers, Inc. | Payment for invoice #2022-00783 | 2990-000 | | $160.05 | $286,363.40 |
| 05/04/2022 | 5016 | J&J Court Transcribers, Inc. | Payment for invoice #2022-00799 | 2990-000 | | $960.30 | $285,403.10 |
| 05/23/2022 | (21) | EVERETT GASKINS HANCOCK LLP | Incorrect entry due to transaction being wired | 1129-000 | $20,000.00 | | $305,403.10 |
| 05/23/2022 | (22) | NC DEPARTMENT OF TRANSPORTATION | | 1290-000 | $4,000.00 | | $309,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $329,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $349,403.10 |
| | | | SUBTOTALS | | $356,988.80 | $7,585.70 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $369,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Wire transfer for installment payment on construction equipment | 1129-000 | $20,000.00 | | $389,403.10 |
| 05/24/2022 | (21) | DEP REVERSE: EVERETT GASKINS | Incorrect entry due to transaction being wired | 1129-000 | ($20,000.00) | | $369,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entry | 1129-000 | ($20,000.00) | | $349,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entries | 1129-000 | ($20,000.00) | | $329,403.10 |
| 05/24/2022 | (21) | Everett Gaskins Hancock LLP | Correcting entry for Duplicate wire entries | 1129-000 | ($20,000.00) | | $309,403.10 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $438.48 | $308,964.62 |
| 05/31/2022 | 5017 | Verizon Security Subpoena Compliance | Payment pursuant to invoice # 2022280270 | 7100-000 | | $83.00 | $308,881.62 |
| 05/31/2022 | 5018 | AT&T | Payment pursuant to invoice #424819 | 7100-000 | | $145.00 | $308,736.62 |
| 06/01/2022 | (19) | PINNACLE BANK | Funds from debtor's checking account | 1129-000 | $1,000.00 | | $309,736.62 |
| 06/03/2022 | 5019 | A Storage Place | Payment for May 2022 storage unit K-16 | 2990-000 | | $70.00 | $309,666.62 |
| 06/03/2022 | 5020 | A Storage Place | Payment for May 2022 storage unit I-27 | 2990-000 | | $70.00 | $309,596.62 |
| 06/03/2022 | 5021 | A Storage Place | Payment for May 2022 storage unit K-23 | 2990-000 | | $70.00 | $309,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $339,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $369,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $399,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $429,526.62 |
| 06/24/2022 | (19) | Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | $30,000.00 | | $459,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $429,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $399,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $369,526.62 |
| 06/24/2022 | (19) | DEP REVERSE: Everett Gaskins Hancock, LLP | (DUPLICATE) payment for supplies per DE 201 | 1129-000 | ($30,000.00) | | $339,526.62 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $459.76 | $339,066.86 |
| 07/11/2022 | 5022 | NCDMV | Application fee for lost title on 2010 BMW Xdrive | 2990-000 | | $21.50 | $339,045.36 |
| | | | **SUBTOTALS** | | ($9,000.00) | $1,357.74 | |

FORM 2

Page No: 5

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2022 | 5023 | NCDMV | Application fee for lost title on 2017 Kaufman Trailer | 2990-000 | | $21.50 | $339,023.86 |
| 07/11/2022 | 5024 | NCDMV | Application fee for lost title on 2018 Kaufman trailer | 2990-000 | | $21.50 | $339,002.36 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $503.93 | $338,498.43 |
| 08/04/2022 | | EVERETT GASKINS HANCOCK LLP - | Correct VIN is 1HTMMAAM6DH105147 | * | $23,500.00 | | $361,998.43 |
| | {6} | | $4,000.00 | 1129-000 | | | $361,998.43 |
| | {8} | | $4,000.00 | 1129-000 | | | $361,998.43 |
| | {10} | | $2,500.00 | 1129-000 | | | $361,998.43 |
| | {7} | | $13,000.00 | 1129-000 | | | $361,998.43 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $533.56 | $361,464.87 |
| 09/07/2022 | (25) | BAXLEY LEASING | Installment on settlement | 1149-000 | $5,717.79 | | $367,182.66 |
| 09/07/2022 | (25) | BAXLEY LEASING | Installment on settlement | 1149-000 | $5,717.79 | | $372,900.45 |
| 09/07/2022 | (25) | BAXLEY LEASING | Correction for Wire in entered twice. | 1149-000 | ($5,717.79) | | $367,182.66 |
| 09/08/2022 | 5025 | NC Secretary of State | Payment for filing a UCC | 2990-000 | | $45.00 | $367,137.66 |
| 09/22/2022 | 5026 | International Sureties LTD | Bond Payment | 2300-000 | | $236.39 | $366,901.27 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $528.12 | $366,373.15 |
| 10/07/2022 | (25) | Baxley Leasing, LLC c/o Everette Gaskins & | Installment on settlement | 1149-000 | $5,717.79 | | $372,090.94 |
| 10/24/2022 | 5027 | International Sureties LTD | Bond Payment | 2300-000 | | $704.30 | $371,386.64 |
| 10/24/2022 | 5028 | Norlander CPA, PLLC | Payment pursuant to order DE 305 | 3410-000 | | $13,350.00 | $358,036.64 |
| 10/24/2022 | 5029 | Norlander CPA, PLLC | Payment pursuant to order DE 305 | 3420-000 | | $359.74 | $357,676.90 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $530.76 | $357,146.14 |
| 11/04/2022 | (25) | Baxley Leasing, LLC | Payment on Settlement | 1149-000 | $5,717.79 | | $362,863.93 |
| 11/04/2022 | (25) | Baxley Leasing, LLC | Payment on Settlement - error | 1149-000 | $5,717.79 | | $368,581.72 |
| 11/04/2022 | (25) | Baxley Leasing, LLC | Payment on Settlement - reverse deposit | 1149-000 | $5,717.79 | | $374,299.51 |
| 11/04/2022 | (25) | Baxley Leasing, LLC | Payment on Settlement - reverse deposit | 1149-000 | $5,717.79 | | $380,017.30 |
| 11/04/2022 | (25) | DEP REVERSE: Baxley Leasing, LLC | Payment on Settlement - error | 1149-000 | ($5,717.79) | | $374,299.51 |
| 11/10/2022 | 5030 | Country Boys Auction & Realty, Inc. | Payment pursuant to order [Doc 313] | 3992-000 | | $2,360.00 | $371,939.51 |
| 11/15/2022 | 5031 | Williams Overman Pierce, LLP | Payment pursuant to order [Doc 317] | 3420-000 | | $5,080.00 | $366,859.51 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $518.32 | $366,341.19 |
| 12/05/2022 | (25) | DEP REVERSE: Baxley Leasing, LLC | Payment on Settlement | 1149-000 | ($5,717.79) | | $360,623.40 |
| 12/05/2022 | (25) | DEP REVERSE: Baxley Leasing, LLC | Payment on Settlement - reverse deposit | 1149-000 | ($5,717.79) | | $354,905.61 |
| 12/07/2022 | (25) | EVERETT GASKINS HANCOCK LLP | | 1149-000 | $5,717.79 | | $360,623.40 |
| | | | SUBTOTALS | | $46,371.16 | $24,793.12 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2022 | (25) | EVERETT GASKINS HANCOCK LLP | | 1149-000 | $5,717.79 | | $366,341.19 |
| 12/07/2022 | (25) | DEP REVERSE: EVERETT GASKINS | | 1149-000 | ($5,717.79) | | $360,623.40 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $538.51 | $360,084.89 |
| 01/10/2023 | (25) | Baxley Leasing, LLC | | 1149-000 | $5,717.89 | | $365,802.78 |
| 01/12/2023 | 5026 | VOID: International Sureties LTD | wrong allocation amount | 2300-003 | | ($236.39) | $366,039.17 |
| 01/31/2023 | 5032 | Internal Revenue Service | 2022 Form 940; EIN 81-2654998 | 2990-000 | | $711.47 | $365,327.70 |
| 01/31/2023 | 5032 | VOID: Internal Revenue Service | voided because pre-petition claim | 7100-003 | | ($711.47) | $366,039.17 |
| 01/31/2023 | 5033 | Internal Revenue Service Center | Payment pursuant to Form 941 | 7100-000 | | $6,462.25 | $359,576.92 |
| 01/31/2023 | 5033 | VOID: Internal Revenue Service Center | voided because pre-petition claim | 7100-003 | | ($6,462.25) | $366,039.17 |
| 01/31/2023 | 5034 | N.C. Department of Revenue | Payment pursuant to Form NC-5Q | 7100-000 | | $892.00 | $365,147.17 |
| 01/31/2023 | 5034 | VOID: N.C. Department of Revenue | voided because pre-petition claim | 7100-003 | | ($892.00) | $366,039.17 |
| 01/31/2023 | 5035 | NC Dept of Commerce | Payment pursuant to Form NCUI 101 Payment Voucher ; payroll period 03/31/22; account no. 07897986 | 7100-000 | | $3,979.05 | $362,060.12 |
| 01/31/2023 | 5035 | VOID: NC Dept of Commerce | voided because pre-petition claim | 7100-003 | | ($3,979.05) | $366,039.17 |
| 02/07/2023 | (25) | Everett Gaskin Trust account | Baxley Leasing Settlement; duplicate entry | 1149-000 | $5,717.89 | | $371,757.06 |
| 02/07/2023 | (25) | Everett Gaskin Trust account | Baxley Leasing Settlement; duplicate entry | 1149-000 | $5,717.89 | | $377,474.95 |
| 02/07/2023 | (25) | Everett Gaskin Trust account | Baxley Leasing Settlement | 1149-000 | $5,717.89 | | $383,192.84 |
| 02/13/2023 | (4) | BUILDERS MUTUAL | | 1129-000 | $1,278.10 | | $384,470.94 |
| 03/06/2023 | (25) | DEP REVERSE: Everett Gaskin Trust account | Baxley Leasing Settlement; duplicate entry | 1149-000 | ($5,717.89) | | $378,753.05 |
| 03/06/2023 | (25) | DEP REVERSE: Everett Gaskin Trust account | Baxley Leasing Settlement; duplicate entry | 1149-000 | ($5,717.89) | | $373,035.16 |
| 03/07/2023 | 5036 | Ellington Digital Forensics | Payment pursuant to invoice #11511 and order Doc 345 | 3992-000 | | $3,600.00 | $369,435.16 |
| 03/31/2023 | (25) | EVERETT GASKINS HANCOCK LLP | NOTE PAYMENT RE BAXLEY LEASING SETTLEMENT (RECEIVED 3/7/2023, NOT PRESENTED BY SOFTWARE, CAUGHT ON BANK REC) | 1149-000 | $5,717.79 | | $375,152.95 |
| 04/06/2023 | | Transfer To: #********4724 | | 9999-000 | | $325,000.00 | $50,152.95 |
| 04/12/2023 | (25) | EVERETT GASKINS HANCOCK LLP | PAYMENT RE SETTLEMENT | 1149-000 | $5,717.79 | | $55,870.74 |
| | | | SUBTOTALS | | $24,149.46 | $328,902.12 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 22-00397-5-DMW | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2023 | (25) | EVERETT GASKINS TRUST ACCOUNT | PAYMENT PER SETTLEMENT | 1149-000 | $5,717.79 | | $61,588.53 |
| 06/05/2023 | (25) | EVERETT GASKINS HANCOCK TRUST | BAXLEY LEASING SETTLEMENT PAYMENT | 1149-000 | $6,198.77 | | $67,787.30 |
| 07/14/2023 | (4) | STATE OF NORTH CAROLINA | | 1129-000 | $74,105.35 | | $141,892.65 |
| 07/25/2023 | 5037 | Philadelphia Indemnity Insurance Company | Payment pursuant to settlement agreement [DE 349] | 7100-000 | | $57,273.36 | $84,619.29 |
| 08/03/2023 | (25) | Everett Gaskins Hancock LLP | Wire for July not recorded in July; this entry corrects that; wire for August recorded in September | 1149-000 | $6,198.77 | | $90,818.06 |
| 08/06/2023 | | Transfer From: #********4724 | transfer of CD to checking 7/5/2023 | 9999-000 | $327,171.13 | | $417,989.19 |
| 09/05/2023 | (25) | EVERTT GASKINS HANCOCK, LLC | SETTLEMENT PAYMENT RECEIVED 8/2/2023 RECORDED IN SEPTEMBER; SEPTEMBER PAYMENT RECORDED IN OCTOBER | 1149-000 | $6,198.77 | | $424,187.96 |
| 09/19/2023 | 5038 | Williams Overman Pierce, LLP | Payment pursuant to order for second interim compensation [DE 420] | 3410-000 | | $7,410.00 | $416,777.96 |
| 10/06/2023 | (25) | EVERETT GASKLINS HANCOCK LLP TRUST | SETTLEMENT PAYMENT RECEIVED IN SEPTEMBER, RECORDED IN OCTOBER | 1149-000 | $6,198.77 | | $422,976.73 |
| 10/06/2023 | (25) | EVERETT GASKINS HANCOCK LLP TRUST | OCTOBER PAYMENT RECORDED IN OCTOBER | 1149-000 | $6,198.77 | | $429,175.50 |
| 10/09/2023 | 5030 | VOID: Country Boys Auction & Realty, Inc. | VOIDED BECAUSE 90 DAYS PASSED | 3992-003 | | ($2,360.00) | $431,535.50 |
| 10/09/2023 | 5039 | Country Boys Auction & Realty, Inc. | Payment pursuant to order [Doc 313] | 3992-000 | | $2,360.00 | $429,175.50 |
| 10/16/2023 | 5040 | Selective Insurance Company c/o Scott A. | Payment pursuant to order [DE 441] | 4210-000 | | $3,053.04 | $426,122.46 |
| 10/20/2023 | 5041 | International Sureties LTD | Bond Payment | 2300-000 | | $458.15 | $425,664.31 |
| 10/27/2023 | | Transfer From: #******0021 | Transfer per Order at DE 455 | 9999-000 | $183,800.00 | | $609,464.31 |
| 11/10/2023 | (25) | EVERETT GASKINS HANCOCK LLP TRUST | SETTLEMENT PAYMENT | 1149-000 | $6,198.77 | | $615,663.08 |
| 11/27/2023 | 5042 | Holmes P. Harden, Chapter 7 Trustee - B. | Payment pursuant to consent order [DE 462] | 7100-000 | | $23,716.00 | $591,947.08 |
| 11/27/2023 | 5043 | Williams Overman Pierce, LLP | Payment pursuant to order [DE 463] | 3410-000 | | $1,872.00 | $590,075.08 |
| 12/04/2023 | (25) | DEP REVERSE: EVERETT GASKINS | OCTOBER PAYMENT RECORDED IN OCTOBER | 1149-000 | ($6,198.77) | | $583,876.31 |
| 12/04/2023 | 5044 | Howard, Stallings, From, Atkins, Angell & Davis, | Payment pursuant to order [DE 466] | 3110-000 | | $152,021.25 | $431,855.06 |
| 12/04/2023 | 5045 | Howard, Stallings, From, Atkins, Angell & Davis, | Payment pursuant to order [DE 466] | 3120-000 | | $485.19 | $431,369.87 |
| | | | | **SUBTOTALS** | **$621,788.12** | **$246,288.99** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2023 | (25) | Everett Gaskins Hancock LLP Trust Account | To rerecord payment made in October | 1149-000 | $6,198.77 | | $437,568.64 |
| 12/06/2023 | 5046 | H & E EQUIPMENT SERVICES, INC | Claim #: 1;    Am Amount Allowed: 263.36; | 7100-000 | | $60.46 | $437,508.18 |
| 12/06/2023 | 5047 | Watson Bowman Acme Corp. | Claim #: 3;    Am Amount Allowed: 417,489.95; | 7100-000 | | $95,840.91 | $341,667.27 |
| 12/06/2023 | 5048 | Airgas USA | Claim #: 5;    Am Amount Allowed: 1,273.97; | 7100-000 | | $292.46 | $341,374.81 |
| 12/06/2023 | 5049 | CJ Geo Contractors | Claim #: 6;    Am Amount Allowed: 24,146.48; | 7100-000 | | $5,543.18 | $335,831.63 |
| 12/06/2023 | 5050 | R.W. Conklin Steel Supply, Inc. | Claim #: 7;    Am Amount Allowed: 20,555.77; | 7100-000 | | $4,718.88 | $331,112.75 |
| 12/06/2023 | 5051 | Vulcan Materials Company | Claim #: 8;    Am Amount Allowed: 2,778.39; | 7100-000 | | $637.82 | $330,474.93 |
| 12/06/2023 | 5052 | Navigator LLC | Claim #: 10;    Am Amount Allowed: 30,000.00; | 7100-000 | | $6,886.94 | $323,587.99 |
| 12/06/2023 | 5053 | Capital One Bank (USA), N.A. by American | Claim #: 11;    Am Amount Allowed: 54,212.30; | 7100-000 | | $12,445.22 | $311,142.77 |
| 12/06/2023 | 5054 | Hendren, Redwine & Malone, PLLC | Claim #: 12;    Am Amount Allowed: 12,629.63; | 7100-000 | | $2,899.32 | $308,243.45 |
| 12/06/2023 | 5055 | Holmes P. Harden, Chapter 7 Trustee - B. | Claim #: 14;    Am Amount Allowed: 169,417.67; | 7100-000 | | $38,892.30 | $269,351.15 |
| 12/06/2023 | 5056 | Washington County Sanitation Attn: County | Claim #: 17;    Am Amount Allowed: 245.70; | 7100-000 | | $56.40 | $269,294.75 |
| 12/06/2023 | 5057 | Selective Insurance Company of America | Claim #: 21;    Am Amount Allowed: 36,086.37; | 7100-000 | | $8,284.15 | $261,010.60 |
| 12/06/2023 | 5058 | Accident Fund Insurance Company of America | Claim #: 22;    Am Amount Allowed: 33,552.00; | 7100-000 | | $7,702.35 | $253,308.25 |
| 12/06/2023 | 5059 | Internal Revenue Service | Claim #2A; Payment pursuant to order [DE 465] | 5800-000 | | $59,786.17 | $193,522.08 |
| 12/11/2023 | (25) | EVERETT GASKINS HANCOCK LLP | PAYMENT RE SETTLEMENT WITH BAXLEY LEASING | 1149-000 | $6,198.77 | | $199,720.85 |
| 01/12/2024 | (25) | EVERETT GASKINS HANCOCK LLP TRUST | | 1149-000 | $6,198.77 | | $205,919.62 |
| 02/07/2024 | (25) | Everett Gaskins Hancock, LLP | Payment on settlement | 1149-000 | $6,198.77 | | $212,118.39 |
| 03/05/2024 | (25) | Everett Gaskins Hancock LLP Trust Account | Payment on Baxley Leasing Settlement | 1149-000 | $6,198.77 | | $218,317.16 |
| 04/18/2024 | (25) | EVERETT GASKINS HANCOCK LLP | payment on Baxley Leasing Settlement | 1149-000 | $6,198.77 | | $224,515.93 |
| 05/20/2024 | (25) | Everett Gaskins Hancock LLP Trust Account | | 1149-000 | $6,198.77 | | $230,714.70 |
| 06/20/2024 | (25) | EVERETT GASKINS HANCOCK TRUST | PAYMENT RE SETTLEMENT AGREEMENT WITH BAXLEY LEASING | 1149-000 | $6,325.77 | | $237,040.47 |
| | | | | **SUBTOTALS** | **$49,717.16** | **$244,046.56** | |

| Case No.: | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2024 | (27) | TRAVIS SASSER TRUST ACCOUNT | Note: Bank credited $6,150.00. Upon discovery of the error, the bank was notified and the bank debited the bank account for $45.00 | 1249-000 | $6,105.00 | | $243,145.47 |
| 07/29/2024 | (25) | EVERETT GASKINS HANCOCK LLP | | 1149-000 | $6,325.77 | | $249,471.24 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $347.83 | $249,123.41 |
| 08/28/2024 | (25) | EVERETT GASKINS HANCOCK, LLP TRUST | | 1149-000 | $6,325.77 | | $255,449.18 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $360.26 | $255,088.92 |
| 09/24/2024 | (25) | Everett Gaskins Hancock LLP | Payment on Baxley Leasing settlement | 1149-000 | $6,325.77 | | $261,414.69 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $321.12 | $261,093.57 |
| 10/14/2024 | (25) | Everett Gaskins Hancock LLP | Payment re Baxley Leasing settlement | 1149-000 | $6,325.77 | | $267,419.34 |
| 10/30/2024 | 5060 | International Sureties LTD | Bond Payment | 2300-000 | | $411.92 | $267,007.42 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $331.97 | $266,675.45 |
| 11/07/2024 | (27) | EVERETT GASKINS HANCOCK LLP | | 1249-000 | $90,000.00 | | $356,675.45 |
| 11/26/2024 | (25) | EVERETT GASKINS HANCOCK LLP | Payment on Baxley Leasing Settlement | 1149-000 | $6,325.77 | | $363,001.22 |
| 11/26/2024 | 5061 | James Angell | Interim Trustee Commission per order at DE 495 | 2100-000 | | $38,450.17 | $324,551.05 |
| 11/26/2024 | 5062 | James Angell | Interim Trustee expenses per order at DE 495 | 2200-000 | | $1,961.15 | $322,589.90 |
| 11/26/2024 | 5063 | Howard, Stallings, From, Atkins, Angell & Davis, | Interim Compensation allowed per Order at DE 496 | 3110-000 | | $11,245.00 | $311,344.90 |
| 11/26/2024 | 5064 | Howard, Stallings, From, Atkins, Angell & Davis, | Interim expenses allowed per order at DE 496 | 3120-000 | | $1,521.14 | $309,823.76 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $422.60 | $309,401.16 |
| 12/04/2024 | 5065 | H & E EQUIPMENT SERVICES, INC | Claim #: 1;   Am Amount Allowed: 263.36; | 7100-000 | | $36.00 | $309,365.16 |
| 12/04/2024 | 5066 | Watson Bowman Acme Corp. | Claim #: 3;   Am Amount Allowed: 417,489.95; | 7100-000 | | $57,064.67 | $252,300.49 |
| 12/04/2024 | 5067 | Airgas USA | Claim #: 5;   Am Amount Allowed: 1,273.97; | 7100-000 | | $174.13 | $252,126.36 |
| 12/04/2024 | 5068 | CJ Geo Contractors | Claim #: 6;   Am Amount Allowed: 24,146.48; | 7100-000 | | $3,300.46 | $248,825.90 |
| 12/04/2024 | 5069 | R.W. Conklin Steel Supply, Inc. | Claim #: 7;   Am Amount Allowed: 20,555.77; | 7100-000 | | $2,809.67 | $246,016.23 |
| 12/04/2024 | 5070 | Vulcan Materials Company | Claim #: 8;   Am Amount Allowed: 2,778.39; | 7100-000 | | $379.76 | $245,636.47 |
| 12/04/2024 | 5071 | Navigator LLC | Claim #: 10;   Am Amount Allowed: 30,000.00; | 7100-000 | | $4,100.55 | $241,535.92 |
| 12/04/2024 | 5072 | Capital One Bank (USA), N.A. by American | Claim #: 11;   Am Amount Allowed: 54,212.30; | 7100-000 | | $7,410.02 | $234,125.90 |
| | | | | SUBTOTALS | $127,733.85 | $130,648.42 | |

FORM 2

Page No: 10

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-00397-5-DMW | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2024 | 5073 | Hendren, Redwine & Malone, PLLC | Claim #: 12;    Am Amount Allowed: 12,629.63; | 7100-000 | | $1,726.28 | $232,399.62 |
| 12/04/2024 | 5074 | Holmes P. Harden, Chapter 7 Trustee - B. | Claim #: 14;    Am Amount Allowed: 169,417.67; | 7100-000 | | $23,156.88 | $209,242.74 |
| 12/04/2024 | 5075 | Washington County Sanitation Attn: County | Claim #: 17;    Am Amount Allowed: 245.70; | 7100-000 | | $33.59 | $209,209.15 |
| 12/04/2024 | 5076 | Selective Insurance Company of America | Claim #: 21;    Am Amount Allowed: 36,086.37; | 7100-000 | | $4,932.47 | $204,276.68 |
| 12/04/2024 | 5077 | Accident Fund Insurance Company of America | Claim #: 22;    Am Amount Allowed: 33,552.00; | 7100-000 | | $4,586.06 | $199,690.62 |
| 12/04/2024 | 5078 | Williams Overman Pierce, LLP | | 3420-000 | | $2,567.00 | $197,123.62 |
| 12/04/2024 | 5079 | Nordlander, CPA, PLLC | | 3410-000 | | $22,245.00 | $174,878.62 |
| 12/04/2024 | 5079 | STOP PAYMENT: Nordlander, CPA, PLLC | | 3410-004 | | ($22,245.00) | $197,123.62 |
| 12/04/2024 | 5080 | Norlander CPA, PLLC | | 3420-000 | | $359.74 | $196,763.88 |
| 12/04/2024 | 5080 | STOP PAYMENT: Norlander CPA, PLLC | | 3420-004 | | ($359.74) | $197,123.62 |
| 12/04/2024 | 5081 | Nordlander, CPA, PLLC | | 3410-000 | | $9,195.00 | $187,928.62 |
| 12/30/2024 | (25) | EVERETT GASKINS HANCOCK LLP | Payment re Baxley Leasing Settlement | 1149-000 | $6,325.77 | | $194,254.39 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $320.76 | $193,933.63 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $242.41 | $193,691.22 |
| 02/19/2025 | (25) | EVERETT GASKINS HANCOCK, LLP | Payment re Baxley Leasing settlement | 1149-000 | $6,325.77 | | $200,016.99 |
| 02/24/2025 | (28) | BANK OF AMERICA | PROCEEDS OF BANK ACCOUNT | 1290-000 | $49.04 | | $200,066.03 |
| 02/25/2025 | (25) | EVERETT GASKINS HANCOCK, LLP | Payment re Baxley Leasing settlement | 1149-000 | $6,325.77 | | $206,391.80 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $247.77 | $206,144.03 |
| 03/25/2025 | (25) | EVERETT GASKINS HANCOCK LLP | Payment re Baxley Leasing Settlement | 1149-000 | $6,325.77 | | $212,469.80 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $259.86 | $212,209.94 |

SUBTOTALS    $25,352.12    $47,268.08

FORM 2

Page No: 11

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 22-00397-5-DMW | Trustee Name: | James B. Angell |
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | TOTALS: | $1,243,100.67 | $1,030,890.73 | $212,209.94 |
| | Less: Bank transfers/CDs | $680,839.79 | $325,000.00 | |
| | Subtotal | $562,260.88 | $705,890.73 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $562,260.88 | $705,890.73 | |

**For the period of 01/01/2025 to 03/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $19,026.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,026.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $750.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/15/2022 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $562,260.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $562,260.88 |
| Total Internal/Transfer Receipts: | $680,839.79 |
| | |
| Total Compensable Disbursements: | $705,890.73 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $705,890.73 |
| Total Internal/Transfer Disbursements: | $325,000.00 |

# FORM 2

Page No: 12

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 22-00397-5-DMW | Trustee Name: James B. Angell |
| Case Name: | BAXLEY CORPORATION, LLC | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | Checking Acct #: ******0021 |
| Co-Debtor Taxpayer ID #: | | Account Title: ESCROW ACCOUNT |
| For Period Beginning: | 01/01/2025 | Blanket bond (per case limit): $1,425,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2022 | (23) | HENDREN & MALONE, PLLC TRUST ACCOUNT | Funds in trust account for law firm | 1290-000 | $183,800.00 | | $183,800.00 |
| 10/27/2023 | | Transfer To: #******0020 | Transfer per Order at DE 455 | 9999-000 | | $183,800.00 | $0.00 |
| | | | TOTALS: | | $183,800.00 | $183,800.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $183,800.00 | |
| | | | Subtotal | | $183,800.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $183,800.00 | $0.00 | |

| For the period of 01/01/2025 to 03/31/2025 | | For the entire history of the account between 04/06/2022 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $183,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $183,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $183,800.00 |

| | | Page No: | 13 |
|---|---|---|---|

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 22-00397-5-DMW | | Trustee Name: | James B. Angell |
| Case Name: | BAXLEY CORPORATION, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4998 | | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ESCROW ACCOUNT |
| For Period Beginning: | 01/01/2025 | | Blanket bond (per case limit): | $1,425,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $918,100.67 | $705,890.73 | $212,209.94 |

| For the period of 01/01/2025 to 03/31/2025 | | For the entire history of the account between 04/06/2022 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,026.35 | Total Compensable Receipts: | $918,100.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,026.35 | Total Comp/Non Comp Receipts: | $918,100.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $1,005,839.79 |
| | | | |
| Total Compensable Disbursements: | $750.04 | Total Compensable Disbursements: | $705,890.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750.04 | Total Comp/Non Comp Disbursements: | $705,890.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $1,005,839.79 |

/s/ JAMES ANGELL

JAMES ANGELL